```
DANIEL G. BOGDEN
United States Attorney
District of Nevada
NADIA AHMED
Special Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702)388-6336
Facsimile: (702)388-6698
Email: nadia.ahmed@usdoj.gov
```

Attorneys for the United States.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Case No. |
| CLIVEN BUNDY, | ) |
| Defendant. | ) |

**MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court permit Thomas K. Snodgrass to practice before this honorable Court in all matters relating to the above-captioned case.

Mr. Snodgrass is an attorney with the U.S. Department of Justice, Environmental and Natural Resources Division. Mr. Phelps is a member in good standing of the Bar of the State of Colorado (Bar No. 31329).

1  The following contact information is provided to the Court:

2  Thomas K. Snodgrass
   Senior Attorney
3  U.S. Department of Justice
   Environment and Natural Resources Division
4  999 18th Street, South Terrace, Suite 370
   Denver, Colorado 80202
5  Phone: 303-844-1368, Fax: 303-844-1350
   Email: thomas.snodgrass@usdoj.gov

7  Accordingly, the United States respectfully requests that an order be issued allowing

8  Thomas K. Snodgrass to practice before this honorable Court.

9  DATED this 14th day of May 2012.

10                                 Respectfully submitted,

11                                 DANIEL G. BOGDEN
                                   United States Attorney

13                                 /s/ Nadia Ahmed
                                   NADIA AHMED
                                   Special Assistant United States Attorney

16                                 IT IS SO ORDERED:

18                                 _____
                                   GEORGE FOLEY, JR.
19                                 United States Magistrate Judge

20                                 DATED:  May 15, 2012

2

**PROOF OF SERVICE**

I, Nadia Ahmed, SAUSA, crtify that the following individual was served with the **MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY** on this date by the below identified method of service:

**U.S. Mail**

Cliven Bundy
3315 Gold Butte Road
Bunkerville, Nevada 89007


DATED this 14th day of May 2012.


*/s/ Nadia Ahmed*
NADIA AHMED
Special Assistant United States Attorney