DANIEL G. BOGDEN
United States Attorney
District of Nevada

NADIA J. AHMED
Special Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702)388-6336
Facsimile: (702)388-6698
Email: nadia.ahmed@usdoj.gov

Attorneys for the United States,

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CLIVEN BUNDY, )<br>)<br>Defendant. )<br>) | Case No. 2:12-cv-00804-LDG-GWF |

**MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY AND
NOTICE OF SUBSTITUTION OF ATTORNEY**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court permit Terry M. Petrie to practice before this honorable Court in all matters relating to the above-captioned case.  Further, pursuant to LR IA10-6, Thomas K. Snodgrass is withdrawn as counsel.  Upon the granting of this motion, Mr. Petrie is substituted for Thomas K. Snodgrass as counsel for the United States.

Mr. Petrie is an attorney with the U.S. Department of Justice, Environmental and Natural Resources Division. Mr. Petrie is a member in good standing of the Bar of the State of Colorado (Bar No. 012643).

The following contact information is provided to the Court:

> Terry M. Petrie
> Trial Attorney
> U.S. Department of Justice
> Environment and Natural Resources Division
> 999 18th Street, South Terrace, Suite 370
> Denver, Colorado 80202
> Phone: 303-844-1369, Fax: 303-844-1350
> Email: terry.petrie@usdoj.gov

Accordingly, the United States respectfully requests that an order be issued allowing Terry M. Petrie to practice before this honorable Court.

Upon the granting of this motion, Mr. Petrie is substituted for Thomas K. Snodgrass as counsel for the United States.

DATED this 4th day of June 2012.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

/s/ Nadia Ahmed
NADIA J. AHMED
Special Assistant United States Attorney

IT IS SO ORDERED:

*[signature: George Foley Jr.]*
UNITED STATES MAGISTRATE JUDGE

DATED: June 5, 2012