DANIEL G. BOGDEN
United States Attorney
District of Nevada

NADIA J. AHMED
Special Assistant United States Attorney
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Telephone: 702-388-6336
Facsimile: 702-388-6698
Email: justin.pingel@usdoj.gov

*Attorneys for the United States.*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>CLIVEN BUNDY,<br><br>    Defendant. | Case No: 2:12-cv-00804-LDG-GWF |

**MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court permit Stephen R. Terrell to practice before this honorable Court in all matters relating to the above-captioned case.

Mr. Terrell is an attorney with the U.S. Department of Justice, Environmental and Natural Resources Division, and is a member in good standing of the Bar of the State of California (Bar No. 210004).

1

The following contact information is provided to the Court:

> Stephen R. Terrell
> Trial Attorney
> U.S. Department of Justice
> Environment and Natural Resources Division
> P.O. Box 7611
> Washington, D.C.  20044-7611
> Phone: 202-616-9663, Fax: 202-305-0506
> Email: stephen.terrell@usdoj.gov

Accordingly, the United States respectfully requests that an order be issued allowing Stephen R. Terrell to practice before this honorable Court.

Respectfully submitted this 12th day of June 2012.

>> DANIEL G. BOGDEN
>> United States Attorney
>>
>> /s/ Nadia Ahmed
>> NADIA J. AHMED
>> Special Assistant United States Attorney

>> IT IS SO ORDERED:
>>
>> *[signature: George Foley Jr.]*
>> GEORGE FOLEY, JR.
>> United States Magistrate Judge
>> DATED: June 13, 2012

**PROOF OF SERVICE**

I, Nadia J. Ahmed, SAUSA, certify that the following individual was served with the **NOTICE OF APPEARANCE** on this date by the below identified method of service:

**U.S. Mail**:

Cliven Bundy
3315 Gold Butte Road
Bunkerville, Nevada 89007

DATED this 12th day of June 2012.

                                      /s/ Nadia Ahmed
                                      NADIA J. AHMED
                                      Special Assistant United States Attorney