1  IGNACIA S. MORENO
   Assistant Attorney General
2  TERRY M. PETRIE, Attorney
3  STEPHEN R. TERRELL, Attorney
   United States Department of Justice
4  Environment and Natural Resources Division
   Natural Resources Section
5  999 18th Street, South Terrace, Suite 370
6  Denver, CO 80202
   Telephone:   (303) 844-1369
7  Facsimile:   (303) 844-1350
   Terry.Petrie@usdoj.gov
8  Stephen Terrell@usdoj.gov

9
   DANIEL G. BOGDEN
10 United States Attorney\
   NADIA AHMED
11 Special Assistant United States Attorney
12 333 Las Vegas Blvd. South, Suite 5000
   Las Vegas, NV 89101
13 Telephone:   (702) 388-6336
   Facsimile:   (702) 388-6698
14

15 ATTORNEYS FOR THE UNITED STATES

16
17                    **IN THE UNITED STATES DISTRICT COURT**
                              **DISTRICT OF NEVADA**
18

19 UNITED STATES OF AMERICA,

20          Plaintiff,
21                                              No. 2:12-cv-804-LDG-GWF
                  v.
22
23 CLIVEN BUNDY,                                **INTERIM STATUS REPORT**

24          Defendant.

25

26       Pursuant to Local Rule 26-3 of this Court's Local Rules of Practice, Plaintiff United

27 States provides this interim status report. Counsel for the United States attempted several times

28

1 unsuccessfully to coordinate the filing of this report with Defendant. The attempts failed
2 because Defendant did not respond to requests to coordinate or provide any information.

  A. Estimated time for trial: The United States estimates trial will last approximately three to five days.

  B. Three alternative available trial dates: The United States proposes April 1-5, 2013, April 15-19, 2013, or April 29 – May 3, 2013.

  C. Substantive Motions and Affect on Trial: The United States plans to file a dispositive motion for summary judgment which, if granted, would eliminate the need for trial.

Respectfully submitted October 4, 2012,

IGNACIA S. MORENO
Assistant Attorney General

/s/ Terry M. Petrie
TERRY M. PETRIE, Attorney
STEPHEN R. TERRELL, Attorney
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th Street, South Terrace, Suite 370
Denver, CO 80202
Telephone: (303) 844-1369
Facsimile: (303) 844-1350
Terry.Petrie@usdoj.gov
Stephen Terrell@usdoj.gov

*Attorneys for the United States*

DANIEL G. BOGDEN
United States Attorney
NADIA AHMED
Special Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, NV 89101
Telephone: (702) 388-6336
Facsimile: (702) 388-6698

1  OF COUNSEL:

2  NANCY ZAHEDI
   GREGORY LIND
   Department of the Interior
3  Office of the Solicitor

## CERTIFICATE OF SERVICE

I hereby certify that, on October 4, 2012, I caused the attached document to be served by U.S. Mail and electronic mail on the following:

Cliven D. Bundy
3315 Gold Butte Road
Bunkerville, NV  89007

        /s/ Terry M. Petrie
        TERRY M. PETRIE