ATTACHMENT M TO DECLARATION BY ALICE C. NEWTON

United States v. Bundy, No. 2:12-cv-804-LDG-GWF

| Aerial Cattle Survey - Fixed Wing   Page ___/ of ___/ |||||||

Date: 2/15/2012  Time Start: 840 AM    Time Stop: 10 30 AM
GPS:
Maps used:
Pilot/Recorder/Observers: Lenen, Newton, Pipkin, Pereira

| Obsv. # | # Cattle | Latitude/ Northing | Longitude/ Easting | Photo # | Time Stamp | Comments |
|---|---|---|---|---|---|---|
| 1 | 3 | 0735121 | 4030914 | | | FIRE COVE |
| 2 | 5 | 0737237 | 403 6913 | | | OB DEV - AREA |
| 3 | 9 | 0733727 | 404 0374 | | | OWMA |
| 4 | 3 | 0738100 | 402 9405 | | | Biesmeir Beach |
| 5 | 1 | 0737703 | 402 8279 | | | |
| 6 | 6 cows & Blue | LIMECOVE) | | | | } LIME COVE |
| 7 | 4 | 0737045 | 4025489 | | | |
| 8 | 2 burro | 0735450 | 401 8057 | | | |
| 9 | 6 | 0735603 | 401 0821 | | | |
| 10 | 8 | 0734546 | 401 0044 | | | Twin Springs Cove |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |
| | | | | | | |

Comments

No Animals observed in Hualapai + Detrital
wash -

Ashley has track log

Ex. 6 - Newton Dec. Att. M - Page 1 of 2

733727E, 4040374N
9 cattle

737237E, 4036913N
5 cattle

735121E, 4030914N
3 cattle

738100E, 4029405N
3 cattle

737703E, 4028279N
1 cow

737500E, 4027660N
6 cattle and 2 burros

737045E, 4025489N
4 cattle

735450E, 4018057N
2 burros

735603E, 4010821N
6 cattle

734546E, 4010044N
8 cattle

**Legend:**
- Flight Path
- US route
- Secondary highway
- Major road
- Local road
- Maintained unpaved road
- 4WD road
- Lake Mead NRA
- Cattle Sightings

0  1.25  2.5  5  7.5  10 Miles

ATTACHMENT N TO DECLARATION BY ALICE C. NEWTON

United States v. Bundy, No. 2:12-cv-804-LDG-GWF

Cattle Documentation in Rare Plant Habitat

Prepared by Carrie Norman

May 11, 2012

On March 19, 20, and April 18 of 2012 Lake Mead NRA employees (Carrie Norman-Biologist & Karen Maloof-Biological Science Technician) documented cattle at rare plant sites that are visited regularly for monitoring.  The cattle do not seem to have any markings on them in the photos taken.  The date and time when the photo was taken is stamped on the digital image for accurate documentation.



Figure 1.  Cattle tracks through a population of sticky buckwheat at Lime Cove.  The red circle points out the sticky buckwheat.

1

Sticky buckwheat, *Eriogonum viscidulum*, grows in sandy areas along the Overton Arm of Lake Mead. Sticky buckwheat is an annual plant which emerges around March and then flowers and sets seed by April to early May. Allowing cattle to roam free in these rare plant habitats could seriously impact the sticky buckwheat population. If the plant is stepped on or is eaten at any stage of its life cycle (actively growing, flowering, or setting seed) this will effect next year's population.



Figure 2. Cattle trails going through sticky buckwheat habitat at Lime Cove.

2



Figure 3.  Close-up of cattle footprints among sticky buckwheat plants.

3

The following 2 photos show the same herd of cattle just at different times (10:44 am and 9:43 am).



Figure 4.  There were approximately 15-20 cattle in this area at Lime Cove.

4



Figure 5.  A close up of cattle at Lime Cove.

5



Figure 6.  Sticky buckwheat that was stepped on by a cow at Lime Cove.



Figure 7.  Cattle footprints through sticky buckwheat populations at Lime Cove.

The photo in figure 8 is in an area west of Northshore Road along a powerline road.  This particular area has many acres of gypsum habitat and some sandy habitat intermixed with sensitive/rare species.  Las Vegas bearpoppy and ringstem are located in the gypsum habitat.  The sandy habitat has threecorner milkvetch and potentially sticky buckwheat.



Figure 8.  Cattle footprints in sandy habitat along the Valley of Fire powerline road.

Over the years we have been documenting cattle damage and cattle presence in these rare plant habitats.  In 2006 we have photo documentation of approximately 21 cattle at Lime Cove.  In 2008 we have photo documentation of cattle at Lime Cove/Glory Hole.  In 2009 we have photo documentation of cattle scat and tracks along Overton Beach Road as well as tracks in biological soil crust.  In 2009 we have photo documentation of cattle footprints near a Las Vegas bearpoppy (gypsum habitat).

8

ATTACHMENT O TO DECLARATION BY ALICE C. NEWTON

United States v. Bundy, No. 2:12-cv-804-LDG-GWF

# Cattle sighting in the Overton Arm
# July 10-11, 2012

On July 10, 2012 three park employees saw a single animal on the east side of the Overton Arm.  Park employees included Ashley Pipkin, Janis Lee and Tiffany Pereira.  The animal was viewed from the west side of the Overton Arm.  The picture was taken from the shore of the Overton Beach Access Road facing east.  After reviewing the picture it seems possible that there may have been three animals at this location.



Ex. 6 - Newton Dec. Att. O - Page 1 of 8

On July 11, 2012 while out collecting weather station data three park employee's saw trespass cattle along the shore of the east side of the Overton arm.  Park employees include Carrie Norman, Henry Weckesser and Ashley Pipkin.   One bull was sighted as we walked to the first weather station in Kline Hole.  All GPS points were taken from a boat.  All cattle were located on the shore east of where the point was taken.

UTM Coordinates: 11 0737366
                4027823



Ex. 6 - Newton Dec. Att. O - Page 2 of 8



As the team moved north from Kline Hole along the shore 5 cattle were spotted. One calf and a cow with horns, both appeared dark in color with some white markings.  There was one tan cow with a white face, one bull that was predominately black with white markings on the face and one animal of unknown sex that appeared primarily black.  No ear marks or brands were observed in this group.    All pictures were taken from the boat.

UTM Coordinates: 11 0737293
                          4028444



3





4





5

In a cove just north of the group of five there were ten additional cattle spotted.  There appeared to be five cows, four calves and one bull.  Two of the animals were brown, one was tan, two were dark brown, three were black and 2 calves were brown.

UTM Coordinates: 11 0736828
                 4029445



6

Ex. 6 - Newton Dec. Att. O - Page 6 of 8



One of the animals in the group was identified as a Bundy cow based on its ear markings.  The best photo of these markings is shown below.



7

Farther north a single bull was encountered.

UTM Coordinates: 11 0739178
                        4035703

