# ATTACHMENT E

LawNet Case Number: 1183100029  (Case is closed in LawNet due to the system change to IMARS)

IMARS Case Number:  **LM11005776**

Status: OPEN

**TRESPASS – CATTLE – BUNDY**

This is a case file for the Cliven Bundy Cattle Trespass in the Southern Nevada District within the Bureau of Land Management.  The cattle and activities identified in this case file are located primarily in the Gold Butte Region.  There have been cattle sightings on the North side of the Virgin River, as well as on the Mormon Mesa, which are also on public lands administered by the BLM, though not considered part of the Gold Butte region.

**01/30/2011**  1345hrs: **Observation of active range management**; salt licks, fresh hay, water

1510 hrs:  N 36  34'01.5"  W114 11'53.9"
4 cattle with ear marks belonging to Bundy, 1 calf, 2 cows no markings

1515 hrs:  N36 33'08.9"  W114 11'17.3"
7 cattle, 1 calf – too far away to see any markings

1530 hrs:  N 36 36'40.4"  W114 09'33.9"
3 cattle with Bundy V over O brand, 4 with no markings and 2 unable to ascertain

1550hrs:  N36 36'31.1"  W114 12'52.6"
1 cow with ear markings, 1 cow with ear markings and brand, 1 with no markings

**02/04/2011**  1050hrs: N36 46'48.3  W114 15'48.8"
Total of 15 cattle (6 grown and 9 heifers) ; 4 with ear marks and brand (1 with #16 tag), 1 heifer with ear mark and 1 heifer with #8  tag

**02/06/2011** 1145hrs: N36 35'31.3"  W114 12'37.0"

**Observation of active range management**.  Water tank hooked up to pipeline.
1213 hrs: N36 34'12.8 W114 14'02.5"  Water trough below full of water

**02/12/2011** 1300 hrs: N36 34'36.2"  W114 12'16.1"
4 grown cattle, 2 calves 3 with ear marks (1 with brand visible), 1 with no markings

1300 hrs: N36 33'38.3"  W114 11'36.3"  1 cow with ear markings

1318 hrs: N36 32'52.2"  W14 11'02.0" 6 cattle, 3 with ear markings, 3 too far away to ascertain

**02/20/2011**  1215 hrs: N36 33'37.8"  W114 11'36.3"
2 cattle, 1 with ear markings, 1 with no markings

**02/27/2011** 1455 hrs: N36 38'35.0"  W114 15'37.2"

2 cows with ear markings and brand, 3 calves with no markings
1501hrs: N36 36'52.1" W114 13'37.2  I cow with ear markings and brand

1525hrs: 6 cattle; 2 with ear markings and brand, 1 with ear markings, 3 heifers with no markings

**03/05/2011**: 1156hrs: N36 33'59.5" W114 11'52.6"  1 cow with ear markings

1435hrs: **Observation of active range management**: N36 35' 31.6" W114 12'36.9"
Pipeline connected and leaking in several places.  Water pooling on road.

1438hrs: 1 cow/calf pair.  Cow with ear markings

1440hrs:  N36 35'36.6  W114 12'49.2"   5 cattle; 1 with ear markings and brand, 2 cow/calf pairs with ear markings, 1 steer with no markings, 1 cow with no markings.

<u>Cattle Count conducted from 03/21/2011- 3/24/2011.  903 cattle counted.</u>

**05/21/2011**:  1255hrs; N36  35'30.7"  W114  12'36.5"  Range management – fresh salt/mineral block

1510 hrs:  N36  44'21.5"  W114 13' 26.9"
1 calf/cow pair with ear markings and brand visible.  2 cows with ear markings (left flank not visible), more than 5 more unidentifiable as they were running away.

**7/24/2011**:  1515hrs; N36  44' 21.1"  W114 11'  18.0"  are the coordinates from SR 170 as close to the cattle as possible.  57 grown cattle with 7 calf/cow pair and 7 heifers in the Virgin River.  Bundy ear marks and brands visible through binoculars on many.

**7/31/2011**;  1518hrs; N36  44' 21.1"  W114 11' 37.5"  are the coordinates from SR 170 as close to the cattle as possible.  10 cattle with the Bundy ear mark.  11 with the Bundy brand.  3 calves.

1543hrs: Gold Butte Rd N36 36' 51.3"  W114  13' 33.5"  8 cattle with Bundy earmark and 4 calves.

<u>Cattle Count conducted from 08/16/2011 – 08/19/2011.  729 cattle counted.</u>

**10/13/2011**:  1455hrs, N36 37.502' W114 10.083' – Range improvements/active cattle management – Water tank full, fence improved, salt licks

1500hrs:  N36  37.142'  W114  10.533'  Salt licks and water tank full

**11/09/2011**:  1525hrs; N36 33.487'  W114 11.503' Gold Butte Rd. approx. mile marker 16 – 4 cattle with the Bundy earmark, 1 bull no markings, 4 otherwise not identifiable

1530hrs:  N36 33.099'  W114 11.250'  1 cow with Bundy earmarks and brand.  2 calves.

1549hrs: N36  25.161'  W114 07.687'  Large bale of hay on side of Gold Butte road.

1608hrs: N36  17.015'  W114 11.663' 2 "**KEEP OUT**" signs posted on either side of the road at the Upper Gold Butte Townsite.  Metal corral erected with a full water tank, bale of hay and 2 cattle with Bundy earmark and brand and 3 with no markings.

1700hrs: N36 33.605' W114 11.583' 12 cattle, 4 with the Bundy earmark, and 1 bull.  Too dark to identify any others or photograph.

11  16  2011:  1715hrs;  N36 40' 53.1" W114  16' 50.0"   1 cow with Bundy ear mark

12  08  2011: 1235hrs;  N36 34' 04.3" W114 11' 56.1"   2 steers, no markings

1256hrs:  N36  30' 29.7" W114  08' 52.7" 2 cattle with Bundy ear marks, one also with Bundy brand.

1318hrs:  N36  21' 31" W114 08' 22.4"  3 cattle – 2 with no markings, one with Bundy ear marks

1335hrs:  one calf in the corral at the upper Gold Butte townsite – no markings

1530hrs:  N36  40' 37.7" W114  16' 45.8" one bull with Bundy brand

02  27  2012: 1321 hrs;  N36  35'23.1" W114  12'28.5"   Approximately 20 cattle in a temporary corral. Bundy's earmark and brand visible on several animals.  There is hay and water.  There is a trailer nearby.

Photograph taken 04/17/2012 documents the damage caused by the temporary corral and animals.

All observations by Deborah Sullivan, #174





My Location:
N 36°37'08.5"
W114°11'15.9"
Elev: 3240ft
Nearest Address:







My Location:
N 36°37'31.5"
W114°10'06.8"
Elev: 3657ft
Nearest Address:






































My Location:
N 36°32'52.2"
W114°11'02.0"
Elev: 2818ft
Nearest Address:









My Location:
N 36°33'37.8"
W114°11'36.3"
Elev: 2619ft
Nearest Address:















My Location:
N 36°35'30.7"
W114°12'36.5"
Elev: 2657ft

Nearest Address:

05/21/2011 12:56









My Location:
N 36°44'25.0"
W114°11'06.6"
Elev: 1548ft
Nearest Address:
1274 W Riverside Rd

07/03/2011 16:59
07/03/2011 17:02

1460 Ft
Blm
170-5
1480 Ft
1580 Ft
170-4

07/03/2011 17:02

1 of 2

07/03/2011 16:59







My Location:
N 36°41'17.9"
W114°15'48.2"
Elev: 1373ft
Nearest Address:

















N36° 37.142'   W114° 10.533'























































3 of 3









11/5/2011



12/11/2011

N 36°34'41.1"
W114°12'18.4"
Elev: 2554 ft

12/08/2011

12/08/2011











