# ATTACHMENT F

# UNITED STATES DEPARTMENT OF THE INTERIOR
## Bureau of Land Management
## PHOTOGRAPH RECORD

| | |
|---|---|
| **Incident Number :** | **Date of Incident:** 09/14/2008 |
| **Location of Incident:** **Gold Butte** | **Nature of Incident:** **Unauthorized Use** |





| | | | | |
|---|---|---|---|---|
| **Photo #:** | 1-2 | **Photo #:** | 3 | |
| **Object:** | Cattle with Bundy Brand and Earmarks | **Object:** | Cattle and Watering Trough with Salt Lick | |
| **Date:** | 09/14/08 **Time:** 6:01 and 6:03PM | **Date:** | 09/14/08 **Time:** 6:02 and 6:04PM | |
| **Location:** | N 36 37'08.4" W114 10'30.2" | **Location:** | N 36 37'08.4" W114 10'30.2" | |
| **Photographer:** | D. Sullivan | **Photographer:** | D. Sullivan | |
| **Camera:** | Canon A700 | **Camera:** | Canon A700 | |
| **Film:** | Digital | **Film:** | Digital | |
| **Altered:** | No | **Altered:** | No | |
| **Flash:** | No | **Flash:** | No | |







There were a total of four cattle at this location.

| Reporting Officer's Name | Badge # | Supervisor's Name | Badge # |
|---|---|---|---|
| Deborah Sullivan | R174 | Lisa Wilson | R240 |
| Reporting Officer's Signature | Date | Supervisor's Signature /s/ Lisa Wilson | Date |

# UNITED STATES DEPARTMENT OF THE INTERIOR
## Bureau of Land Management
## PHOTOGRAPH RECORD

| | |
|---|---|
| **Incident Number :** | **Date of Incident:** 09/14/2008 |
| **Location of Incident:** Gold Butte | **Nature of Incident:** Unauthorized Use |





| | | | |
|---|---|---|---|
| **Photo #:** | 1 | | |
| **Object:** | Salt Lick | | |
| **Date:** | 09/14/08 | **Time:** | 5:15PM |
| **Location:** | N 36 37'06.9" W114 09'47.2" | | |
| **Photographer:** | D. Sullivan | | |
| **Camera:** | Canon A700 | | |
| **Film:** | Digital | | |
| **Altered:** | No | | |
| **Flash:** | No | | |

| | | | |
|---|---|---|---|
| **Photo #:** | 2-3 | | |
| **Object:** | Watering Trough (and Float?) | | |
| **Date:** | 09/14/08 | **Time:** | 5:16PM |
| **Location:** | N 36 37'06.9" W114 09'47.2" | | |
| **Photographer:** | D. Sullivan | | |
| **Camera:** | Canon A700 | | |
| **Film:** | Digital | | |
| **Altered:** | No | | |
| **Flash:** | No | | |



| Reporting Officer's Name | Badge # | Supervisor's Name | Badge # |
|---|---|---|---|
| Deborah Sullivan | R174 | Lisa Wilson | R240 |
| Reporting Officer's Signature | Date | Supervisor's Signature | Date |
| | | /s/ Lisa Wilson | |

# UNITED STATES DEPARTMENT OF THE INTERIOR
## Bureau of Land Management
## PHOTOGRAPH RECORD

Photos 3-4: Recent Evidence of Cattle – dung, tracks.





| Reporting Officer's Name | Badge # | Supervisor's Name | Badge # |
|---|---|---|---|
| Deborah Sullivan | R174 | Lisa Wilson | R240 |
| Reporting Officer's Signature | Date | Supervisor's Signature | Date |
| | | /s/ Lisa Wilson | |

# UNITED STATES DEPARTMENT OF THE INTERIOR
## Bureau of Land Management
### PHOTOGRAPH RECORD

**Incident Number :**

**Location of Incident:**   **Gold Butte**

**Date of Incident:**   **09/14/2008**

**Nature of Incident:**   **Unauthorized Use**




| | | |
|---|---|---|
| **Photo #:** | 1 | **Photo #:** | 2 |
| **Object:** | Salt Lick with recent cattle sign | **Object:** | GPS unit with coordinates |
| **Date:** | 09/14/08   **Time:**   6:18PM | **Date:** | 09/14/08   **Time:**   6:18PM |
| **Location:** | N 36 38'11.9"  W114 09'11.2" | **Location:** | N 36 38'11.9"  W114 09'11.2" |
| **Photographer:** | D. Sullivan | **Photographer:** | D. Sullivan |
| **Camera:** | Canon A700 | **Camera:** | Canon A700 |
| **Film:** | Digital | **Film:** | Digital |
| **Altered:** | No | **Altered:** | No |
| **Flash:** | No | **Flash:** | No |

| Reporting Officer's Name | Badge # | Supervisor's Name | Badge # |
|---|---|---|---|
| Deborah Sullivan | R174 | Lisa Wilson | R240 |

| Reporting Officer's Signature | Date | Supervisor's Signature | Date |
|---|---|---|---|
| | | /s/  Lisa Wilson | |

# UNITED STATES DEPARTMENT OF THE INTERIOR
## Bureau of Land Management
## PHOTOGRAPH RECORD

---

**Incident Number :**
**Location of Incident:**   Gold Butte

**Date of Incident:**   09/14/2008
**Nature of Incident:**   Unauthorized Use

---




**Photo #:**   1
**Object:**   Cattle with Bundy Brand and Earmarks
**Date:**   09/14/08   **Time:**   6:12PM
**Location:**   N 36 37'37.7"  W114 09'37.1"
**Photographer:**   D. Sullivan
**Camera:**   Canon A700
**Film:**   Digital
**Altered:**   No
**Flash:**   No

**Photo #:**   2
**Object:**   Cattle
**Date:**   09/14/08   **Time:**   6:12PM
**Location:**   N 36 37'37.7"  W114 09'37.1"
**Photographer:**   D. Sullivan
**Camera:**   Canon A700
**Film:**   Digital
**Altered:**   No
**Flash:**   No

There were a total of eight cattle at this location -  five cows and three calves.

---

| Reporting Officer's Name | Badge # | Supervisor's Name | Badge # |
|---|---|---|---|
| Deborah Sullivan | R174 | Lisa Wilson | R240 |
| Reporting Officer's Signature | Date | Supervisor's Signature | Date |
| | | /s/ Lisa Wilson | |

# UNITED STATES DEPARTMENT OF THE INTERIOR
## Bureau of Land Management
## PHOTOGRAPH RECORD

Photo #3:  Cropped from Photo #1 to show Bundy Brand and Earmarks.



| Reporting Officer's Name | Badge # | Supervisor's Name | Badge # |
|---|---|---|---|
| Deborah Sullivan | R174 | Lisa Wilson | R240 |
| Reporting Officer's Signature | Date | Supervisor's Signature | Date |
| | | /s/ Lisa Wilson | |




















































































N 36° 31' 26.8"
W 114° 07' 12.9"
Elv 3389'

12/25/2010 15:51

12/25/2010 15:52

12/25/2010 15:52

12/25/2010 15:53















