# ATTACHMENT G









N36° 37′ 31.5″   W114° 10′ 06.8″

My Location:
N 36°37'08.5"
W114°11'15.9"
Elev: 3240ft
Nearest Address:
01/30/2011 14:15





My Location:
N 36°34'01.6"
W114°11'54.0"
Elev: 2570ft

Nearest Address:

01/30/2011 15:11





6 grow cattle — 4 w/ Bundy car mark
2 w/ no markings

1 calf



N36° 36' 31.1"  W114° 12' 52.6"

3 cattle and 1 calf.
1 with Bundy brand and ear marks. 1 with Bundy ear marks. 1 no markings







N36° 46 78.5   W117 15 703

6 grown cattle - if with Brady brand and ear mark (( also had ear tag #16) -
The remainder were unmarked.

N 46  1-75 @ approx mm 110

9 heifers, 1 had Brady ear mark, 1 had #8 ear tag































# ATTACHMENT H

# Summary Table of Trespass Observations

| DATE | TIME | OBSERVATION |
|------|------|-------------|
| 05/29/2008 | 1900 | Advised of dying calf |
| 07/09/2008 | 1320 | Dead cattle |
| 07/31/2008 | 1340 | Cattle |
| 09/14/2008 | 1715 | Salt/mineral block and water |
| 09/14/2008 | 1801 | Cattle |
| 09/14/2008 | 1812 | Cattle |
| 09/14/2008 | 1818 | Salt/mineral block |
| 01/11/2009 | 1456 | Cattle |
| 01/11/2009 | 1610 | Cattle |
| 01/16/2009 | 1610 | Cattle |
| 01/18/2009 | 1545 | Cattle |
| 01/18/2009 | 1546 | Cattle |
| 01/30/2009 | 1435 | Cattle |
| 01/31/2009 | 1553 | Cattle |
| 02/04/2009 | 0806 | Cattle |
| 02/04/2009 | 0856 | Cattle |
| 02/07/2009 | 1438 | Cattle |
| 02/07/2009 | 1630 | Cattle |
| 02/09/2009 | 1225 | Cattle |
| 02/09/2009 | 1500 | Cattle |
| 02/12/2009 | 0939 | Cattle |
| 02/12/2009 | 0945 | Cattle |
| 02/12/2009 | 1000 | Cattle |
| 02/16/2009 | 1316 | Cattle |
| 02/16/2009 | 1334 | Cattle |
| 02/16/2009 | 1340 | Cattle |
| 02/16/2009 | 1315 | Cattle |
| 02/16/2009 | 1506 | Cattle |
| 02/20/2009 | 1317 | Cattle |
| 03/01/2009 | 1421 | Cattle |
| 05/02/2009 | 1832 | Cattle |
| 05/02/2009 | 1842 | Cattle |
| 05/28/2009 | 1304 | Cattle |
| 05/28/2009 | 1342 | Cattle |
| 07/19/2009 | 1258 | Cattle |
| 07/26/2009 | 1303 | Cattle |
| 02/07/2010 | 1434 | Cattle |
| 02/07/2010 | 1440 | Cattle |
| 02/14/2010 | 1125 | Cattle |
| 02/14/2010 | 1149 | Cattle |
| 02/15/2010 | 1718 | Cattle |
| 02/21/2010 | 1612 | Cattle |
| 02/21/2010 | 1620 | Cattle |
| 03/10/2010 | 1102 | Cattle |
| 07/29/2010 | 1520 | New pipeline entrenched |

# Summary Table of Trespass Observations

| 09/19/2010 | 1447 | Cattle |
|---|---|---|
| 10/09/2010 | 1720 | Cattle |
| 10/10/2010 | 1656 | Cattle |
| 12/25/2010 | 1552 | Cattle |
| 12/26/2010 | 1419 | Cattle |
| 12/26/2010 | 1440 | Cattle |
| 12/26/2010 | 1453 | Cattle |
| 01/01/2011 | 1414 | Cattle |
| 01/01/2011 | 1416 | Cattle |
| 01/08/2011 | 1131 | Cattle |
| 01/09/2011 | 1602 | Cattle |
| 01/09/2011 | 1612 | Cattle |
| 01/09/2011 | 1629 | Cattle |
| 01/22/2011 | 1502 | Cattle |
| 01/23/2011 | 1513 | Cattle |
| 01/30/2011 | 1422 | Hay, Salt/mineral block, water |
| 01/30/2011 | 1415 | Salt |
| 01/30/2011 | 1511 | Cattle |
| 01/30/2011 | 1519 | Cattle |
| 01/30/2011 | 1530 | Cattle |
| 01/30/2011 | 1553 | Cattle |
| 02/04/2011 | 1053 | Cattle |
| 02/06/2011 | 1146 | Water tank/trailer, pipeline |
| 02/06/2011 | 1213 | Water tank and new float |
| 02/12/2011 | 1303 | Cattle |
| 02/12/2011 | 1314 | Cattle |
| 02/12/2011 | 1319 | Cattle |
| 02/20/2011 | 1217 | Cattle |
| 02/27/2011 | 1455 | Cattle |
| 02/27/2011 | 1502 | Cattle |
| 02/27/2011 | 1525 | Cattle |
| 03/05/2011 | 1157 | Cattle |
| 03/05/2011 | 1433 | Resource damage caused by water |
| 03/05/2011 | 1439 | Cattle |
| 03/05/2011 | 1441 | Cattle |
| 03/06/2011 | 1546 | Cattle |
| 03/06/2011 | 1554 | Cattle |
| 03/21-03/24/2011 | **Multiple Days** | **Part of team conducting aerial/ground cattle count** |
| 05/21/2011 | 1255 | Salt/mineral block |
| 05/21/2011 | 1510 | Cattle |
| 07/24/2011 | 1515 | Cattle |
| 07/31/2011 | 1518 | Cattle |
| 07/31/2011 | 1543 | Cattle |
| 08/16-08/19/2011 | **Multiple days** | **Part of team conducting aerial/ground cattle count** |

# Summary Table of Trespass Observations

| 10/13/2011 | 1455 | Salt/mineral block, repaired fence, water |
|---|---|---|
| 10/13/2011 | 1500 | Salt/mineral blocks, water |
| 11/09/2011 | 1525 | Cattle |
| 11/09/2011 | 1530 | Cattle |
| 11/09/2011 | 1549 | Large bale of hay on side of road |
| 11/09/2011 | 1608 | Temporary corral with "keep out" signs posted on either side of road, hay, water |
| 11/09/2011 | 1700 | Cattle |
| 11/16/2011 | 1715 | Cattle |
| 12/08/2011 | 1235 | Cattle |
| 12/08/2011 | 1256 | Cattle |
| 12/08/2011 | 1318 | Cattle |
| 12/08/2011 | 1335 | Cattle |
| 12/08/2011 | 1530 | Cattle |
| 02/27/2012 | 1321 | Cattle in temporary corral, hay, water, trailer |

# ATTACHMENT I






































# ATTACHMENT J

## UNITED STATES DEPARTMENT OF THE INTERIOR
## BUREAU OF LAND MANAGEMENT
### INCIDENT/INVESTIGATION REPORT

Page No. 1

| INCIDENT # | OFFICE | | DATE OF INCIDENT | TIME OF INCIDENT | DAY OF WEEK |
|---|---|---|---|---|---|
| 1083100113 | NV*051 MESQUITE | | 07/27/10 | 1600 | Tuesday |

| ACTION TAKEN | DISPOSITION | | | |
|---|---|---|---|---|
| ADMINISTRATIVE/CIVIL REMEDY | CLOSED,INCIDENT ONLY | | | |

| DATE REPORTED | | TIME REPORTED | | DATE INVESTIGATED | | TIME INVESTIGATED |
|---|---|---|---|---|---|---|
| 07/27/10 | | 1600 | | 07/29/10 | | 1300 |
| DATE CLEARED | | TIME CLEARED | | LOCATION OF INCIDENT | | |
| | | | | GOLD BUTTE ROAD | | |

| STATE | COUNTY | | LAND STATUS | UTM EAST/NORTH | LAT/LONG |
|---|---|---|---|---|---|
| NV | CLARK | | PUBLIC, BLM | | 36°35'31"/114°12'37" |

LEGAL.

OFFENSE(S)
**90Z TRESPASS - RANGE IMPROVEMENTS**

| INVESTIGATING OFFICER | CASE RELATED TO |
|---|---|
| R174 -SULLIVAN, DEBORAH J. | |

*COPY*
*USDI-BLM, Las Vegas District*
*To:*
*Date:*

### INVOLVED PERSONS

| TYPE | NAME | | | | HOME PHONE |
|---|---|---|---|---|---|
| S | BUNDY, CLIVEN D. | | | | 702-346-5564 |
| ALIASES | | | | | WORK PHONE |

ADDRESS
**PO BOX 7175, BUNKERVILLE, NV 89007**

| DOB | AGE | SEX | RACE | | SSN |
|---|---|---|---|---|---|
| | 00 | M | WHITE | | |
| HEIGHT | WEIGHT | HAIR | | EYES | |
| DLN/OLN | | DLN/OLN STATE | | | |

| TYPE | NAME | | | | HOME PHONE |
|---|---|---|---|---|---|
| V | SOCIETY, | | | | |
| ALIASES | | | | | WORK PHONE |
| ADDRESS | | | | | |
| DOB | AGE | SEX | RACE | | SSN |
| HEIGHT | WEIGHT | HAIR | | EYES | |
| DLN/OLN | | DLN/OLN STATE | | | |

### NARRATIVE

On July 27, 2010, I received an e-mail from Micah Doughty of the BLM Southern Nevada District Office Restoration Team. He informed me he had observed and photographed a water tank/trailer with a plastic pipe line coming from the tank and leading into the ground. The pipeline was buried. The location was on Gold Butte Rd. just south of Fishermans's Cove Rd.

On July 29, 2010, I located the pipeline, though the water tank was no longer there. I observed the ground was disturbed, and there were tire tracks on both sides of the pipeline. The pipe was dark black, and appeared to be relatively new. The newly disturbed pipeline went both up and downhill from Gold Butte Rd. The line also appears to go underneath the Gold Butte Rd., however, that would have been preexisting, as there was no damage to the asphalt.

On August 01, 2010, I walked the line both up and downhill, with

| OFFICER | | BADGE # | APPROVED BY | |
|---|---|---|---|---|
| SULLIVAN, DEBORAH J. | | R174 | | |
| TITLE | | | TITLE | |
| RANGER | | | | |
| SIGNATURE | | | SIGNATURE | |
| RELEASE TO | | | | |

UNITED STATES DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT

**Page No. 2**

**INCIDENT/INVESTIGATION REPORT - CONTINUATION PAGE**

| INCIDENT # 1083100113 | OFFICE NV*051 MESQUITE | STATE NV | DATE OF INCIDENT 07/27/10 |
|---|---|---|---|
| LOCATION OF INCIDENT **GOLD BUTTE ROAD** | | INVESTIGATING OFFICER **R174 -SULLIVAN, DEBORAH J.** | |

**NARRATIVE (continued)**

the intention of locating the location and distance of the newly disturbed area.  Due to extreme temperatures, I did not locate either end of the disturbance.  I returned September 18 and laid GPS tracks for the total length of the disturbance.  I located a water tank and large tire fabricated to hold water for cattle at both the top and bottom of the pipeline.  The top of the (newly disturbed area) pipeline continues uphill to a spring, but this was not investigated as it may have been constructed when there was a grazing and range improvements allotment granted from the BLM.

Attached to this report is the Google Earth overlay of the GPS tracks, as well as photographs of the disturbance.  The length of the new disturbance is approximately 3 miles.

Nothing further at this time.  End of narrative.

| OFFICER **SULLIVAN, DEBORAH J.** | BADGE # **R174** | APPROVED BY |
|---|---|---|
| TITLE **RANGER** | | TITLE |
| SIGNATURE | | SIGNATURE |
| RELEASE TO | | |



Doughty    07/27/10





Both photos by Doughty      07/27/2010

























