# ATTACHMENT K






04/17/2012





# ATTACHMENT L



# Gold Butte Points

**Legend**

- GPS Location
- Southern Nevada District Office
- Grazing Allotment
- Historical Grazing Allotment

**ACEC**
- Biological
- Cultural
- Cultural/Biological
- Desert Tortoise
- BLM Wilderness
- BLM Wilderness Study Area
- National Park Wilderness

**Land Status**
- Bureau of Indian Affairs
- Bureau of Land Management
- Bureau of Reclamation
- City of Las Vegas
- Clark County, NV
- Department of Defense
- Department of Energy
- Fish and Wildlife Service
- Forest Service
- National Park Service
- Nevada State
- Private

0   1.25  2.5        5 Miles

No warranty is made by the Bureau of Land Management as to the accuracy, reliability, or completeness of these data for individual or aggregate use with other data. Original data were compiled from various sources. This information may not meet National Map Accuracy Standards. This product was developed through digital means and may be updated

Ex. 7 - Sullivan Dec. Att. L - Page 1 of 1

NATIONAL SYSTEM OF PUBLIC LANDS

# ATTACHMENT M

# Cattle Trespass Observations 2012, emphasis on Bundy II

D. Sullivan, #174

| DATE and TIME | LOCATION | OBSERVATION |
|---|---|---|
| 04/17/2012  1200 hrs | N36 44'29.3" W114 10'56.0" | 22 cattle, Bundy Ear Marks identifiable with binoculars |
| 05/27/2012 1538 hrs | N36 44'21.1" W114 11'17.8" | 66 cattle (6 calves), Bundy Ear Marks identifiable with binoculars |
| 1608 hrs | N36 35' 26.2" W114 12'24.6" <br> *Former Bunkerville Allotment* | 7 cattle plus 3 calves, Bundy Ear Marks, Added green ear tags. |
| 07/05/2012 1500 hrs | N36 44'21.2" W114 11' 17.8" | 3 cattle plus 4 calves, 2 with Bundy Ear Marks, 1 with Bundy brand |
| 1507 hrs | N36 44'19.6" W114 11'49.2" | 5 cattle plus 4 calves, 3 with Bundy Ear Mark |
| 1540 hrs | N 36 38'25.0" W114 15'18.3" <br> *Former Bunkerville Allotment* | 4 cattle plus 3 calves, 2 Bundy brand, 1 Bundy Ear Mark, 1 not visible.  Fresh salt lick. |
| 07/12/2012 0730 hrs | N36.74131  W114.18253 | 12 cattle plus 2 calves. 5 with Bundy Ear Mark visible |
| 07/15/2012 1500 hrs | N36 44'46.6" W114 10' 34.6" | 12 cattle plus 1 calf. 2 Bundy Ear Mark visible |
| 07/17/2012 1140 hrs | Mockingbird Spring <br> (N36 15'46.6" W114 17'35.3") | 14 cattle plus 3 heifers plus 5 calf/cow pair. 1 Bundy Ear Mark, 1 Bundy brand and Ear Mark. Majority not visible. |
| 1158 hrs | Maynard Spring <br> (N36 15'37.4" W114 18'16.6") | 1 cow with Bundy brand and ear marks.  Requires veterinary attention.  Appears to have prolapsed uterus |
| 1300 hrs | Agua Chiquita Spring <br> (N36 14'46.1" W114 18'33.3") | 2 bulls |
| 1405 hrs | N36 15'49.2" W114 13'31.5" | 12 cattle plus 2 calves. 1 Bundy Ear Mark.  Majority not visible. |
| 07/23/2012 1320 hrs | Mockingbird Spring | 14 cattle plus 2 calves. 2 Bundy Ear Mark. Majority not visible. |
| 1357 hrs | N36 14'50.3" W114 18'14.2" | Resource damage:  Damaged and denuded area from cattle trampling. |
| 1410 hrs | N36 14'44.5" W114 19'48.1" | Resource damage:  Damaged and denuded area from cattle trampling. (Catclaw Wash) |
| 1630 hrs | Mockingbird Spring | Bundy "V over O" brand, 3 cattle in photo. Img 0037 |
| 1631 hrs | Mockingbird Spring | Bundy brand, 5 cattle in photo.                  Img 0040 |
| 1659 hrs | Mockingbird Spring | Bundy Ear Marks, 3 cattle in photo.            Img 0088 |
| 1805 hrs | Mockingbird Spring | Bundy Ear Marks, 1 cow in photo.             Img 0145 |
| 1807 hrs | Mockingbird Spring | Bundy Ear Marks, 4 cattle in photo.            Img 0146 |
| 07/24/2012 0835 hrs | Mockingbird Spring | Bundy brand, 1 cow in photo.                     Img 0180 |
| 0941 hrs | Mockingbird Spring | Bundy Ear Marks, 4 cattle in photo.            Img 0231 |
| 0946 hrs | Mockingbird Spring | Bundy brand and earmarks, 5 cattle in photo.  Img 0236 |
| 1345 hrs | Mockingbird Spring | Bundy brand, 2 cattle in photo.                  Img 0293 |
| 1634 hrs | Mockingbird Spring | Bundy brand, 2 cattle in photo.                  Img 0332 |
| 1650 hrs | Mockingbird Spring | Bundy Ear Marks, 2 cattle in photo.            Img 0342 |
| 1758 hrs | Mockingbird Spring | Bundy Ear Marks, 2 cattle in photo.            Img 0388 |
| 07/25/2012 0831 hrs | Mockingbird Spring | Bundy Ear Marks, 2 cattle in photo.            Img 0427 |
| 0833 hrs | Mockingbird Spring | Bundy Ear Marks, 1 cow in photo.             Img 0431 |
| 1733 hrs | Mockingbird Spring | Bundy brand, 2 cattle in photo.                  Img 0650 |
| 07/26/2012 0632 hrs | Mockingbird Spring | Bundy Ear Marks, 3 cattle in photo.            Img 0699 |
| 0737 hrs | Mockingbird Spring | Bundy Ear Marks, 1 cow in photo.             Img 0742 |
| 0916 hrs | Mockingbird Spring | Bundy Ear Marks, 4 cattle in photo.            Img 0754 |
| 1125 hrs | Mockingbird Spring | Bundy Ear Marks, 1 cow in photo.             Img 0758 |

# Cattle Trespass Observations 2012, emphasis on Bundy II

D. Sullivan, #174

| | | | |
|---|---|---|---|
| 1154 hrs | Mockingbird Spring | Bundy Ear Marks, 4 cattle in photo. | Img 0778 |
| 1735 hrs | Mockingbird Spring | Bundy Ear Marks, 3 cattle in photo. | Img 0980 |
| **07/27/2012** 0757 hrs | Mockingbird Spring | Bundy Ear Marks, 1 cow in photo. | Img 1019 |
| **07/28/2012** 0809 hrs | Mockingbird Spring | Bundy Ear Marks, 4 cattle in photo. | Img 1086 |
| 0811 hrs | Mockingbird Spring | Bundy Ear Marks, 2 cattle in photo. | Img 1089 |
| 1439 hrs | Mockingbird Spring | Bundy Ear Marks, 2 cattle in photo. | Img 1337 |
| 1601 hrs | Mockingbird Spring | Bundy Ear Marks, 4 cattle in photo. | Img 1364 |
| 1623 hrs | Mockingbird Spring | Bundy Ear Marks, 2 cattle in photo. | Img 1374 |
| 1630 hrs | Mockingbird Spring | Bundy Ear Marks, 2 cattle in photo. | Img 1388 |
| 1651 hrs | Mockingbird Spring | Bundy brand, 4 cattle in photo. | Img 1401 |
| 1713 hrs | Mockingbird Spring | Bundy Ear Marks, 4 cattle in photo. | Img 1410 |
| **07/30/2012** 0721 hrs | Mockingbird Spring | Bundy Ear Marks, 1 cow in photo. | Img 1497 |
| 0724 hrs | Mockingbird Spring | Bundy Ear Marks, 1 cow in photo. | Img 1502 |
| 0728 hrs | Mockingbird Spring | Bundy Ear Marks, 2 cattle in photo. | Img 1506 |
| 0743 hrs | Mockingbird Spring | Bundy brand and earmarks, 5 cattle in photo.  Img 1521 |  |
| **08/01/2012** 0945 hrs | N36 33.293' W114 11.385'<br>***Former Bunkerville Allotment*** | 2 cattle plus 8 calf/cow pair. 2 Bundy brand and Ear Marks, 8 Bundy Ear Marks, | |
| 1100 hrs | N36 17.016' W114 11.658' | 1 bull, no markings visible.  Resource damage: Damaged and denuded area from cattle trampling. (Gold Butte Townsite) | |
| **08/02/2012** 0820 hrs | Mockingbird Spring | Bundy brand and earmarks, 8 cattle in photo.  Img  0044 | |
| 0821 hrs | Mockingbird Spring | SAME animal Bundy brand and earmarks, 11 cattle in photo.  Img  0045 | |
| 0827 hrs | Mockingbird Spring | Bundy brand, 11 cattle in photo. | Img 0061 |
| 0841 hrs | Mockingbird Spring | Bundy Ear Mark, 8 cattle in photo. | Img 0086 |
| 1430 hrs | Mockingbird Spring | Bundy Ear Marks, 2 cattle in photo. | Img 0164 |
| 1445 hrs | Mockingbird Spring | Bundy brand, 3 cattle in photo. | Img 0189 |
| 1650 hrs | Mockingbird Spring | Bundy brand, 2 cattle in photo. | Img 0288 |
| **08/03/2012** 1759 hrs | Mockingbird Spring | Mel Bundy – ranching | Img 0390 |
| 1759 hrs | Mockingbird Spring | Cliven Bundy – ranching | Img 0391 |
| 08/04/2012  0938 hrs | Mockingbird Spring | Bundy Ear Marks, 4 cattle in photo. | Img 0429 |
| 1203 hrs | Mockingbird Spring | Bundy brand, 2 cattle in photo. | Img 0470 |
| 1341 hrs | Mockingbird Spring | Bundy Ear Marks, 1 cow in photo. | Img 0520 |
| 1354 hrs | Mockingbird Spring | Bundy Ear Marks, 1 cow in photo. | Img  0535 |
| 1645 hrs | Mockingbird Spring | Bundy brand, 4 cattle in photo. | Img 0634 |
| **08/06/2012** 1308 hrs | Mockingbird Spring | Bundy Ear Marks, 1 cow in photo. | Img  0736 |
| 1310 hrs | Mockingbird Spring | Bundy brand, 1 cow in photo. | Img 0739 |
| 1641 hrs | Mockingbird Spring | Bundy Ear Marks, 1 cow in photo. | Img  0839 |
| 1727 hrs | Mockingbird Spring | Bundy Ear Marks, 1 cow in photo. | Img  0877 |
| 1732 hrs | Mockingbird Spring | Bundy brand, 1 cow in photo. | Img 0879 |
| **08/08/2012**  0912 hrs | Mockingbird Spring | Bundy Ear Mark, 8 cattle in photo. | Img 0955 |
| 1015 hrs | Mockingbird Spring | Bundy Ear Mark, 2 cattle in photo. | Img 1024 |
| 1015 hrs | Mockingbird Spring | Bundy brand, 1 cow in photo. | Img 1026 |
| 1022 hrs | Mockingbird Spring | Bundy Ear Mark, 4 cattle in photo. | Img 1037 |
| 1628 hrs | Mockingbird Spring | Bundy brand and earmarks, 4 cattle in photo.  Img  1307 | |
| 1634 hrs | Mockingbird Spring | Bundy brand, 4 cattle in photo. | Img 1319 |

## Cattle Trespass Observations 2012, emphasis on Bundy II

D. Sullivan, #174

| 08/09/2012 1138hrs | Mockingbird Spring | Fresh salt lick and damaged and denuded area |
|---|---|---|
| 1214 hrs | N36  14.706'  W114 19.271' | 1 cow with Bundy brand and ear marks.  Requires veterinary attention.  Appears to have prolapsed uterus – appears in worse health than last sighting |
| Break in observations recorded by Sullivan, #174 | Observations in this period recorded by other members of the SNDO. | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

3

## Cattle Trespass Observations 2012, emphasis on Bundy II

D. Sullivan, #174

4

Filename:             Attachment M - Trespass Observations 4-17-12 thru 8-9-12
Directory:            S:\WP\ZAHEDI\Litigation\Cliven Bundy\US v Bundy - 2012 Trespass
    Litigation (Bundy II)\Declarations\Deboarah Sullivan Declararation &  Attachments
Template:             C:\Documents and Settings\james.hines\Application
    Data\Microsoft\Templates\Normal.dotm
Title:                Cattle Trespass Observations 2012, emphasis on Bundy II
Subject:
Author:               Sullivan, Deborah J
Keywords:
Comments:
Creation Date:        October 22, 2012 2:15:00 PM
Change Number:        3
Last Saved On:        November 2, 2012 3:04:00 PM
Last Saved By:        nancy.zahedi
Total Editing Time:   4 Minutes
Last Printed On:      December 17, 2012 4:58:00 PM
As of Last Complete Printing
    Number of Pages:   4
    Number of Words:  1,187 (approx.)
    Number of Characters:     6,766 (approx.)



66 cattle

1538 hrs.

05/27/2012



N 36°44'21.1"
W114°11'17.8"
Elev: 1509 ft



Bunkerville Allotment

05/27/2012    1608 hrs.

7 cattle
3 calves

Burly ear marks












05/27/2012   1612 hrs.   Bunkerville Allotment
— Resource damage — vegetation





1507 hrs   5 cattle, 4 calves

N 36°44'19.6"
W114°11'49.2"
Elev: 1475 ft

07/15/2012   1506 hrs   3 cattle, 4 calves





N 36°44'21.2"
W114°11'17.8"
Elev: 1542 ft





4 cattle, 3 calves  —  Mineral blocks





Bunkerville Allotment

1540 hrs

07/05/2012

N 36°38'25.0"
W114°15'18.3"
Elev: 2058 ft
Gold Butte Rd

07/12/2012       12 cattle, 2 calves, 5 with Bundy earmerk









N 36°44'46.6"
W114°10'34.6"
Elev: 1532 ft



07/15/2012    1500 hrs
12 Cattle , 1 calf
2 Bulls ear mark visible

06/17/2012   1140 hrs

14 cattle, 3 heifers, plus 5 calf/cow

1 Bundy brand + ear mark
( majority not visible )







N 36°15'46.6"
W114°17'35.3"
Elev: 2730 ft



1300 hrs.



N 36°14'46.1"
W114°18'33.3"
Elev: 2310 ft



07/17/12   1158 hrs   Brdg brand + earmarks



N 36°15'37.4"
W114°18'16.6"
Elev: 2560 ft

Handwritten annotation (rotated, left margin):

07/17/2012    1405 hrs    12 cattle, 2 calves    1 Bundy earmark — majority not visible

N 36°15'49.2"
W114°13'31.5"
Elev: 3499 ft




07/23/2012   1320 hrs.   14 cattle, 2 calves, 2 earmark. Resource damage



N 36°15'46.4"
W114°17'35.6"
Elev: 2769 ft



07/23/2012    1357 hrs.

Resource damage. Damaged vegetation and denuded area from cattle trampling.



N 36°14'50.3"
W114°18'14.2"
Elev: 2444 ft





07/23/2012    1440 hrs.

Resource damage. Damaged vegetation and denuded area from cattle trampling.







Bunkerville Allotment
08/01/2012   0945 hrs.

2 cattle plus 8 cattle/cows
pair. 2 Bundy brand and
ear marks. 8 Bundy ear
marks.



N 36°33.293'
W114°11.385'
Elev: 2745 ft
on:
Gold Butte Rd

08/01/2012   1100 hrs.

1 bull, no visible markings.

Resource damage — Damaged vegetation and denuded area from cattle trampling.









08.03.2012 17:59:45



08.03.2012 17:59:25



08.03.2012 18:05:29



08.03.2012 18:03:20



08.03.2012 18:06:56



09.03.2012 18:08:01

08/09/2012     1138 hrs

First salt lick

Damaged vegetation and denuded
area due to cattle trampling the
area.







08/09/2012     1214 hrs

Same ailing cow with Bundy brand
and ear marks. Appears in worse
health than last sighting on 07/7/12.







# ATTACHMENT N



Location of
Bundy Cattle
Sightings
April 17 - August 9, 2012

**Legend**

Cattle Location Selection
Allotment
▲ Inside Former Bunkerville Allotment
● Outside Former Bunkerville Allotment
■ City Location
    NHD Hydrology

Major Road
— Interstate
— US Highway
— State Highway
— County Highway
— Arterial
— Collector
— Local
— Back Country Byway
--- Resource
-·-·- Restricted
— Former Bunkerville Grazing Allotment
▨ New Trespass Land

Land Status
Bureau of Indian Affairs
Bureau of Land Management
Bureau of Reclamation
City of Las Vegas
Clark County, NV
Department of Defense
Department of Energy
Fish and Wildlife Service
Forest Service
National Park Service
Nevada State
Private

Prepared for
United States of America
v. Bundy
No. 12-cv-804
Not intended for any other use

0    2.5    5         10 Miles

Ex. 7 - Sullivan Dec. Att. N - Page 1 of 1

NATIONAL
SYSTEM OF
PUBLIC LANDS

U.S. DEPARTMENT OF THE INTERIOR
BUREAU OF LAND MANAGEMENT