Sightings of Defendant Bundy's Cattle[1]

| Date | New Trespass Lands – BLM administered land | New Trespass Lands – NPS administered land | Former Bunkerville Allotment | Comments | Source |
|---|---|---|---|---|---|
| Dec. 2003-Jan. 2006 | | X | | Summary of cattle observations. | Ex. 10, Hinson Declaration ¶ 5; Ex. 3, Warshefski Declaration ¶ 9a. |
| 2004 | | X | | DefendantBundy agreed to remove his cattle from Lake Mead NRA. | Ex. 10, Hinson Declaration ¶ 4. |
| Jun. 2006-Sept. 2006 | | X | | Separate incidents involving Bundy cattle. | Ex. 10, Hinson Declaration ¶ 5; Ex. 3, Warshefski Declaration ¶ 9a. |
| May 2008-Feb. 2012 | X | | X | Observations of cattle on about 100 occasions. | Ex. 7, Sullivan Declaration ¶¶ 3-8, 13-14. |

[1] The chart includes occasions in which a Bundy brand or earmark was not identified on the cattle spotted.  However, Defendant Bundy acknowledged at his deposition that about 40 percent of his cattle are without a brand or earmark.  Ex. 4, Excerpts of Bundy deposition, pp. 64:17-65:20.  Further, other than for the Lower Mormon Mesa Allotment (for which BLM had issued a grazing permit to another rancher), Defendant Bundy is the only person known to have unauthorized cattle in the New Trespass Lands and former Bunkerville Allotment since 2000.  Ex. 3, Warshefski Declaration, ¶ 8; Ex. 2, Rugwell Declaration, ¶ 11 and n.1, and ¶ 19.

1

| Date | New Trespass Lands – BLM administered land | New Trespass Lands – NPS administered land | Former Bunkerville Allotment | Comments | Source |
|---|---|---|---|---|---|
| Feb. 17, 2009 |  | X |  | 87 cattle found. | Ex. 6, Newton Declaration ¶ 14; Ex. 3, Warshefski Declaration ¶ 9b. |
| Dec 2010- Mar 2012 |  | X |  | 19 separate incidents. | Ex. 10, Hinson Declaration ¶ 6; Ex. 3, Warshefski Declaration ¶ 9a. |
| Jan. 6, 2011 |  | X |  | About 20 cattle found. | Ex. 10, Newton Declaration ¶ 17; Ex. 3, Warshefski Declaration ¶ 9b. |
| Feb. 15, 2011 |  | X |  | 120 cattle found. | Ex. 6, Newton Declaration ¶ 18; Ex. 3, Warshefski Declaration ¶ 9b. |
| Mar. 21-25, 2011 | X | X | X | More than 900 cattle found. | Ex. 2, Rugwell Declaration ¶ 19; Ex. 8, Brown Declaration ¶¶ 4-16; Ex. 6, Newton Declaration ¶ 19. |
| Aug. 15-19, 2011 | X | X | X | 729 cattle found. | Ex. 2, Rugwell Declaration ¶ 22; Ex. 8, Brown Declaration ¶¶ 4, 17-21. |
| Jan. 2012- June 2012 |  | X |  | 6 separate incidents. | Ex. 10, Hinson Declaration ¶ 8; Ex. 3, Warshefski Declaration ¶ 9b. |

2

| Date | New Trespass Lands – BLM administered land | New Trespass Lands – NPS administered land | Former Bunkerville Allotment | Comments | Source |
|---|---|---|---|---|---|
| Jan. 30, 2012 | | X | | About 32 cattle found. | Ex. 6, Newton Declaration ¶ 21; Ex. 3, Warshefski Declaration ¶ 9b. |
| Feb. 1-3, 2012 | X | X | X | About 650 cattle found. | Ex. 2, Rugwell Declaration ¶ 26; Ex. 8, Brown Declaration ¶¶ 4, 22-26. |
| Feb. 13, 2012 | | X | | About 45 cattle found. | Ex. 6, Newton Declaration ¶ 23; Ex. 3, Warshefski Declaration ¶ 9b. |
| Mar. 28 and 30, 2012 | X | X | X | 737 cattle found. | Ex. 2, Rugwell Declaration ¶ 26; Ex. 8, Brown Declaration ¶¶ 4, 27-29. |
| Mar. 28- Apr. 2, 2012 | | X | | Defendant Bundy removing cattle from Lake Mead NRA. | Ex. 10, Hinson Declaration ¶ 9. |
| Apr. 17- Aug. 9, 2012 | X | | | Cattle observations at different locations. | Ex. 7, Sullivan Declaration ¶¶ 15-19. |

3

| Date | New Trespass Lands – BLM administered land | New Trespass Lands – NPS administered land | Former Bunkerville Allotment | Comments | Source |
|------|---|---|---|---|---|
| May 26, 2012 | | X | | 40-50 cattle in the Overton Arm/Gold Butte area. | Ex. 10, Hinson Declaration ¶ 10. |
| July 10-11, 2012 | | X | | Defendant Bundy cattle spotted in Lake Mead NRA. | Ex. 6, Newton Declaration ¶ 25; Ex. 3, Warshefski Declaration ¶ 9b. |
| July 17, 2012 | X | | | Single cow observed suffering from prolapsed uterus. | Ex. 7, Sullivan Declaration ¶¶ 19, 20. |
| July 18- Sept. 12, 2012 | X | | | Trail cam photos of Bundy cattle at Mockingbird Spring. | Ex. 7, Sullivan Declaration ¶¶ 15-17; Ex. 8, Brown Declaration ¶¶ 30-33. |
| July 30, 2012 | | X | | About 31 cattle found. | Ex. 6, Newton Declaration ¶ 26l Ex. 10, Hinson Declaration ¶ 11; Ex. 3, Warshefski Declaration ¶¶ 9a, 9b. |

4

| Date | New Trespass Lands – BLM administered land | New Trespass Lands – NPS administered land | Former Bunkerville Allotment | Comments | Source |
|---|---|---|---|---|---|
| July 31, 2012 | | | X | About 57 cattle found at 10 different locations over a 9 mile span along the Virgin River Basin. | Ex. 15, Navarro Declaration ¶¶ 7-11. |
| Aug. 8, 2012 | X | | X | About 126 cattle found at 9 different locations over an area of approximately 40 miles. | Ex. 11, Worfolk Declaration ¶¶ 6-20. |
| Aug. 9 2012 | | | | Single cow observed suffering from prolapsed uterus. | Ex. 7, Sullivan Declaration ¶¶ 19, 20. |

5

U.S. Mot. Summ. J. - Ex. 9 - Page 5 of 5