ATTACHMENT C TO DECLARATION BY MARY HINSON

United States v. Bundy, No. 2:12-cv-804-LDG-GWF

11-2519

# UNITED STATES DEPARTMENT OF THE INTERIOR
# NATIONAL PARK SERVICE
## INCIDENT RECORD

FORM 10-343
VERSION 1/1/2009

PARK NAME: LAKE MEAD NRA

## INCIDENT

Incident Number: **LAME 11-2519**

Incident Date: Month: **11** Day: **23** Year: **2011**

Incident Time: Hour: **19** Min: **34**

Org code: **8360**

Reporting Officer ID: **578**

| Incident code | Description | Incident code | Description |
|---|---|---|---|
| 80-00-00 | Motor Vehicle Accident | | |
| 83-01-00 | Domestic Animal - Unknown Owner | | |
| 90-00-00 | Hazard - Immediate | | |

## INVOLVED PERSONS

☐ Suspect ☒ Complainant ☐ Witness ☐ Victim

Name (LAST, First, Middle): **HENDERSON, Owen Keith**
Address: **729 Lou St.**
City: **Overton**
State: **NV**
Zip: **89040**
Date Of Birth: **01/26/1976**
Phone (☐Buss. ☒Cell): **702-672-0419**
Phone (Home): **702-397-6522**

☐ Suspect ☐ Complainant ☐ Witness ☐ Victim

Name (LAST, First, Middle):
Address:
City:
State:
Zip:
Date Of Birth:
Phone (☐Buss. ☐Cell):
Phone (Home):

☐ Suspect ☐ Complainant ☐ Witness ☐ Victim

Name (LAST, First, Middle):
Address:
City:
State:
Zip:
Date Of Birth:
Phone (☐Buss. ☐Cell):
Phone (Home):

| Vehicle- Vessel License: | State: | Color: | Year: | Make: | Model: | |
|---|---|---|---|---|---|---|
| USL691 | NV | White | 2000 | Chev | Pickup | ☐ Stolen ☐ Recovered ☐ Impounded |
| | | Select | | | | ☐ Stolen ☐ Recovered ☐ Impounded |
| | | Select | | | | ☐ Stolen ☐ Recovered ☐ Impounded |

## SUMMARY

Narrative: See Attached.

## RANGER

Reporting Officer's Name: Damian Sauer

Supervisor's Name: Prashant Lotwala

Reporting Officer's Signature: *[signature]*
Date: 12-6-11

Supervisor's Signature: *[signature]*
Date: 12-20-211

# UNITED STATES DEPARTMENT OF THE INTERIOR
## NATIONAL PARK SERVICE
## LAKE MEAD NATIONAL RECREATION AREA
## SUPPLEMENTAL INCIDENT RECORD

FORM 10-343A

**Incident Number: LAME 11-2519**

**SUMMARY:**
On November 23, 2011 at approximately 1934 hours I responded to a report of a motor vehicle accident, on Northshore Rd at mile post 38, involving a single vehicle and a bovine. There was extensive damage to the front of the vehicle. No one was injured. The bovine was dispatched due to its injuries.

**SCENE:**
The accident occurred on Northshore Road at approximately mile post 41.8 in the North bound lane of travel. The roadway was unlit. The section of road is paved, straight, flat and level.

**DAMAGE:**
The vehicle (identified by NV License #UISL691) sustained cosmetic and functional damage to the front of the vehicle. The estimated cost to repair the damage is over $500.00.

**INJURIES:**
There were no injuries.

**EVIDENCE:**
Witness statement.
Photo log.

**NARRATIVE:**
On November 23, 2011 at approximately 1934 hours I received a report of a motor vehicle accident, involving a single vehicle and a bovine that occurred on Northshore Road at approximately mile post 38. The reporting party had driven his damaged truck to the St. Thomas access road (approximately mile post 46) to get cell service to call for assistance. I responded with Ranger Austin.

**ACTIONS TAKEN:**
I arrived on scene at approximately 2026 hours at the junction of Northshore Road and the St. Thomas Access Road. I observed the family of the reporting party to be on scene with him at this time. The family was not involved in the accident. I confirmed that the driver of the vehicle, identified as Owen HENDERSON (identified by his NV DL #4300154324) was uninjured. I observed that the vehicle sustained cosmetic and functional damage to the front end. I photographed the damage to the vehicle while HENDERSON completed a written statement. HENDERSON agreed to show Ranger Austin and myself to where the accident occurred. Ranger Austin and I followed HENDERSON South bound on Northshore Road till we stopped at approximately mile post 41.8. I observed debris that was consistent with the damaged vehicle on the shoulder of the North bound lane. HENDERSON cleared the scene and removed his vehicle at that time. Shortly after finding the debris I located the bovine associated with the accident. I observed a large, black steer approximately 15-20 yards off the roadway on the North bound side of the roadway. The steer was mid slope on a hillside. I observed one of the front legs of the steer to be broken. The steer had

| Reporting Officer's Name | ID # | Supervisor's Name | ID # |
|---|---|---|---|
| Damian Sauer | 578 | Prashant Lotwala | 2406 |
| Reporting Officer's Signature | Date | Supervisor's Signature | Date |
| Damian Sauer | 12-6-11 | | 12-20-2011 |

## UNITED STATES DEPARTMENT OF THE INTERIOR
## NATIONAL PARK SERVICE
## LAKE MEAD NATIONAL RECREATION AREA
## SUPPLEMENTAL INCIDENT RECORD

FORM 10-343A

**Incident Number: LAME 11-2519**

pieces of automotive debris and glass protruding from its left side and appeared to have labored breathing. Due to obvious and significant injuries, the decision was made to dispatch the steer. The steer was dispatched at approximately 2141 hours by Ranger Austin. Photographs were taken of the accident scene, debris and the dispatched steer.

**STATEMENTS:**
On November 23, 2011 at approximately 2035 hours I received a written statement from Owen HENDERSON. The following is a summary of that statement. HENDERSON stated that:
- He was traveling North bound on Northshore Rd at 7:00pm on 11-23-11.
- He was traveling at approximately 50 MPH.
- He was at approximately mile marker 37.5 when he saw 3 cows crossing the road, walking away from the lake.
- One cow was in the South bound lane, one cow was in the North bound lane, and one on the shoulder of the roadway.
- The cows were dark colored.
- He hit the brakes as soon as he saw them.
- He hit the cow in the North bound lane.
- The cow hit the front passenger side headlight.
- He looked for the cow and couldn't find it.

**INVESTIGATIVE CONCLUSION:**
Based on the witness statement and my observations I concluded the following:

Vehicle 1 (V1) was traveling North bound on Northshore Road on the evening of 11/23/2011 at approximately 1934 hours. V1 was traveling at approximately 50 MPH. At approximately mile post 41.8, V1 encountered 3 cows that were crossing the roadway, traveling away from Lake Mead. The operator of V1 attempted to stop the vehicle upon seeing the cows, but was unable to avoid a collision. V1 struck a black steer that was in the North bound lane of travel. The front end of the vehicle sustained cosmetic and functional damage.

**DISPOSITION:**
V1 was removed from the scene by the owner/operator.
The steer was dispatched by Park Rangers due to obvious and significant injuries.

**CHARGES PENDING:**
None.

| Reporting Officer's Name | ID # | Supervisor's Name | ID # |
|---|---|---|---|
| Damian Sauer | 578 | Prashant Lotwala | 2406 |
| Reporting Officer's Signature | Date | Supervisor's Signature | Date |
| | 12-6-11 | | 12-20-20|1 |

# UNITED STATES DEPARTMENT OF THE INTERIOR
## NATIONAL PARK SERVICE
## LAKE MEAD NATIONAL RECREATION AREA
## SUPPLEMENTAL INCIDENT RECORD

FORM 10-343A

| Incident Number: 11-2519 | INCIDENT TYPE: MVD/PDO |
|---|---|

**SUMMARY:**
On November 23, 2011, a black steer was dispatched, subsequent to a motor vehicle accident, on Northshore Road, MP 41.8.

**ASSIGNEMENT:**
I responded to a report of a motor vehicle accident on Northshore Road, near Milepost 38.

**ACTION TAKEN:**
I arrived in the area of Milepost 38, on Northshore Road. I was unable to locate any signs of a motor vehicle accident.

I continued to the St. Thomas Access Road and met Ranger SAUER. Ranger SAUER had completed a motor vehicle accident investigation at that location. I spoke with Owen HENDERSON, the reported operator of the vehicle that struck a cow. I requested that HENDERSON show us where he had struck the animal. He agreed.

Ranger SAUER and I followed HENDERSON. He stopped at approximately Milepost 41.8, on Northshore Road. I noted headlamp glass and other debris consistent with an accident lying on the roadway. I looked around the immediate area and located a black steer standing on a nearby hillside. HENDERSON identified the animal as the one he struck. HENDERSON subsequently left the area.

**DISPATCH:**
Ranger SAUER and I discussed how we would proceed with inspecting the animal for injury. We agreed to move to a higher position, above the animal and to the west. As we approached the animal, I noted that it turned to keep us in view. I saw that the animal's front right leg was badly injured. When the cow moved, I could see that the injured leg moved freely in all directions and appeared to be supported on by tissue.

As Ranger SAUER and I moved closer, the animal began to charge up hill directly towards our position. I fired my shotgun 3 times at the animal. The animal adjusted its course and ran by us. We followed the animal approximately 15 yards. I shot the animal again; striking it behind the front leg. The cow turned and moved down a ravine. I fired a final round striking the cow in the head, dropping it to the ground. We stood by the area and ensured that the cow was deceased.

We inspected the cow for brands or markings. We were unable to locate any.

**PHOTOGRAPHS:**
Reference Ranger SAUER case incident report.

| Reporting Officer's Name | ID # | Supervisor's Name | ID # |
|---|---|---|---|
| T. Austin | 2311 | P. Lotwala | 2406 |
| Reporting Officer's Signature | Date | Supervisor's Signature | Date |
| | 12/14/11 | | 12-20-2011 |

10-413

| 01. 05 | Page of DSC USE ONLY STATE | UNITED STATES DEPARTMENT OF THE INTERIOR | FIRST SHEET | ( ) Hit and Run |
|---|---|---|---|---|

| 01. 05 | Page of DSC USE ONLY STATE<br><br>ACC. DATE (M/D/Y) & TIME (MIL)<br>11/23/2011     1934 | UNITED STATES DEPARTMENT OF THE INTERIOR<br><br>NATIONAL PARK SERVICE<br><br>MOTOR VEHICLE TRAFFIC ACCIDENT REPORT | FIRST SHEET<br>OR<br>( )Continuation<br>( ) Supplemental<br>Report | ( ) Hit and Run<br>( x ) Photos Taken<br>( ) USPP/NPS veh Inv.<br>( ) Park Property Damaged<br>(Described on Reverse) |

| | PARK # | ORGANIZATION (PARK SITE) | ROUTE # | DISTANCE TO NODE - Feet or Miles (Specify) | DIRECTION TO NODE | NODE # |
|---|---|---|---|---|---|---|
| | 8360 | LAME | 1 | 0.2 miles | N (x) ( )E<br>S ( ) ( )W | 0420 |

| 02 01 | ROAD NAME<br>Northshore Road | LOCATION<br>Lake Mead NRA |
|---|---|---|

## -- VEHICLE & DRIVER DATA --

UNIT # [01]                                          UNIT# [N/A]

| | YEAR | MAKE & MODEL | # OCCS | | YEAR | MAKE & MODEL | # OCCS | 05 |
|---|---|---|---|---|---|---|---|---|
| | 00 | Chev Pickup | 1 | | | | | 07 |

| 03 16 | REGISTRATION STATE PLATE NUMBER AND YEAR<br>NV USL691 2011 | DIR<br>N | | REGISTRATION STATE PLATE NUMBER AND YEAR | DIR | 06<br>00 |
|---|---|---|---|---|---|---|

| 04 01 | REGISTERED OWNER (if not driver Full Name and Address)<br>- | SP LMT<br>50 | | REGISTERED OWNER (if not driver Full Name and Address) | SP LMT | 07<br>00 |
|---|---|---|---|---|---|---|
| | | REPAIR EST<br>$500.00+ | | | REPAIR EST | 08<br>01 |

| | VEHICLE REMOVED To:<br>N/A | VEHICLE REMOVED By:<br>N/A | | VEHICLE REMOVED To: | VEHICLE REMOVED By: | |
|---|---|---|---|---|---|---|

| 09 01 | DRIVERS LICENSE NUMBER and STATE<br>NV 7300154324 | PED?<br>No | | DRIVERS LICENSE NUMBER and STATE | PED? | 10<br>00 |
|---|---|---|---|---|---|---|

| 11 06 | DRIVER/PED TELEPHONES (Home/Business)<br>702-397-6522 / 702-672-0419 | DATE OF BIRTH<br>01-26-1976 | | DRIVER/PED TELEPHONES (Home/Business) | DATE OF BIRTH | 11<br>00 |
|---|---|---|---|---|---|---|

| 12 01 | DRIVER / PED Full Name<br>HENDERSON, Owen Keith | SEX<br>01 | CODE<br>S | BELT<br>01<br>Eject<br>00 | DRIVER / PED Full Name | SEX | CODE<br>S | BELT<br>00<br>Eject<br>00 | 12<br>00 |
|---|---|---|---|---|---|---|---|---|---|
| | DRIVER / PED Address<br>729 Lou St. Overton NV 89040 | | | | DRIVER / PED Address | | | | |

| 13 02 | INJURED TAKEN To:<br>N/A | INJURED TAKEN By:<br>N/A | INJ<br>00 | INJURED TAKEN To: | INJURED TAKEN By: | INJ | 13<br>00 |
|---|---|---|---|---|---|---|---|

## --PASSENGER DATA---

| 14 01 | PASSENGER'S Full Name | SEX | CODE<br>n<br>S | BELT | UNIT # | PASSENGER'S Full Name | SEX | CODE<br>S | BELT | UNIT # | 14<br>00 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 15 00 | PASSENGER'S Address | | AGE | EJECT | SEAT | PASSENGER'S Address | | AGE | EJECT | SEAT | 15<br>00 |
| | INJURED TAKEN To: | | INJURED TAKEN By: | | INJ | INJURED TAKEN To: | | INJURED TAKEN By: | | INJ | |

| 16 00 | PASSENGER'S Full Name | SEX | CODE<br>S | BELT | UNIT # | PASSENGER'S Full Name | SEX | CODE<br>S | BELT | UNIT # | 16<br>00 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 17 00 | PASSENGER'S Address | | AGE | EJECT | SEAT | PASSENGER'S Address | | AGE | EJECT | SEAT | 17<br>00 |
| 18 00 | INJURED TAKEN To: | | INJURED TAKEN By: | | INJ | INJURED TAKEN To: | | INJURED TAKEN By: | | INJ | 18<br>00 |

## -- WITNESS DATA --

| 19 00 | WITNESS Full Name | Phone Number | WITNESS Full Name | Phone Number | 19<br>00 |
|---|---|---|---|---|---|
| 20 00 | WITNESS Address | | WITNESS Address | | 20<br>00 |

## CONTRIBUTING CIRCUMSTANCES - see back of coding guide (overlay)

| B | 06 | B | 88 | - | - | | - | - | - | - | - | - |
|---|---|---|---|---|---|---|---|---|---|---|---|---|

| Cit | Violation Charged | Disposition | Violation Charged | Disposition | Violation Charged | Disposition |
|---|---|---|---|---|---|---|
| Uni | Violation Charged | Disposition | Violation Charged | Disposition | Violation Charged | Disposition |

| USE AREA BELOW FOR DIAGRAM AND ANY NARRATIVE NEEDED TO EXPLAIN WHAT HAPPENED | NORTH Enter Arrow |
|---|---|



NORTH
NOT TO SCALE

Vehicle moved prior to arrival.

**DESCRIPTION OF ACCIDENT**
Vehicle 1(V1) was traveling North bound on Northshore Road on the evening of 11/23/2011 at approximately 1934 hours V1 was traveling at approximately 50 MPH. At approximately mile post 41.8, V1 encountered 3 cows that were crossing the roadway. The operator of V1 attempted to stop the vehicle upon seeing he cows, but was unable to avoid a collision. V1 struck a black steer that was in the North bound lane of travel. The front end of the vehicle sustained cosmetic and functional damage.

| INSURANCE INFORMATION UNIT # (01) | INSURANCE INFORMATION UNIT # (N/A) |
|---|---|
| State Farm, Policy #0547240-D10-28 | |

| PAGE # of 2  2 | Investigated by (ID # Signature and Date)  D___ S___ #578   12-6-11 | Approved by (ID # Signature and Date)   12-20-2011 |

UNITED STATES DEPARTMENT OF THE INTERIOR
NATIONAL PARK SERVICE – LAKE MEAD NRA
PHOTOGRAPH RECORD

**Incident Number: LAME 11-2519**          **Date of Incident:  11-23-2011**

**Location of Incident: Northshore Rd. MP 41.8**          **Nature of Incident:  MVA**



**Photo # 1**
**Object: Damaged license plate**
**Location:  Northshore Rd. MP 46**
**Photographer: Sauer          Time: 2143**
**Camera:** Canon Power Shot SD1200 IS



**Photo # 2**
**Object:  Damaged Pickup**
**Location:  Northshore Rd. MP 46**
**Photographer: Sauer          Time: 2143**
**Camera:** Canon Power Shot SD1200 IS



**Photo # 3**
**Object:  Damaged Pickup**
**Location:  Northshore Rd. MP 46**
**Photographer: Sauer          Time: 2143**
**Camera:** Canon Power Shot SD1200 IS



**Photo # 4**
**Object:  Damaged Pickup**
**Location:  Northshore Rd. MP 46**
**Photographer: Sauer          Time: 2143**
**Camera:** Canon Power Shot SD1200 IS

Reporting Officer's Name: Damian Sauer          ID# 578

12-6-11

Supervisor's Name:  Prashant Loiwala          ID# 2406

UNITED STATES DEPARTMENT OF THE INTERIOR
NATIONAL PARK SERVICE – LAKE MEAD NRA
PHOTOGRAPH RECORD

**Incident Number: LAME 11-2519**          **Date of Incident:  11-23-2011**

**Location of Incident: Northshore Rd. MP 41.8**          **Nature of Incident:  MVA**



**Photo # 5**
**Object:  Damaged Pickup**
**Location:  Northshore Rd. MP 46**
**Photographer:  Sauer          Time: 2143**
**Camera:** Canon Power Shot SD1200 IS



**Photo # 6**
**Object: Debris from damaged vehicle**
**Location: Northshore Rd. MP 41.8**
**Photographer:  Sauer          Time: 2310**
**Camera:** Canon Power Shot SD1200 IS



**Photo # 7**
**Object: Close up of debris**
**Location:  Northshore Rd. MP 41.8**
**Photographer:  Sauer          Time: 2310**
**Camera:** Canon Power Shot SD1200 IS



**Photo # 8**
**Object: Roadway with debris overview**
**Location:  Northshore Rd. MP 41.8**
**Photographer:  Sauer          Time: 2310**
**Camera:** Canon Power Shot SD1200 IS

Reporting Officer's Name: Damian Sauer          ID# 578          Supervisor's Name: Prashant Lotwala          ID# 2406

12-6-11

UNITED STATES DEPARTMENT OF THE INTERIOR
NATIONAL PARK SERVICE – LAKE MEAD NRA
PHOTOGRAPH RECORD

**Incident Number: LAME 11-2519**          **Date of Incident:  11-23-2011**

**Location of Incident: Northshore Rd. MP 41.8**          **Nature of Incident:  MVA**



**Photo # 9**
**Object: Headlight lens from damaged vehicle**
**Location:  Northshore Rd. MP 41.8**
**Photographer:  Sauer**          **Time: 2310**
**Camera:** Canon Power Shot SD1200 IS



**Photo # 10**
**Object: Debris from damaged vehicle**
**Location:  Northshore Rd. MP 41.8**
**Photographer:  Sauer**          **Time: 2310**
**Camera:** Canon Power Shot SD1200 IS



**Photo # 11**
**Object: Overview of roadway**
**Location:  Northshore Rd. MP 41.8**
**Photographer:  Sauer**          **Time: 2310**
**Camera:** Canon Power Shot SD1200 IS



**Photo # 12**
**Object: Dispatched steer**
**Location:  Northshore Rd. MP 41.8**
**Photographer:  Sauer**          **Time: 2302**
**Camera:** Canon Power Shot SD1200 IS

Reporting Officer's Name: Damian Sauer          ID# 578

12-6-11

Supervisor's Name: Prashant Lotwala          ID# 2406

# NATIONAL PARK SERVICE
## LAKE MEAD NATIONAL RECREATION AREA
### VOLUNTARY STATEMENT

| | |
|---|---|
| **PAGE** 1 **OF** 1 | |
| **CASE NUMBER:** 11-2519 | |

**NATURE OF INCIDENT:** MVA

**DATE OF INCIDENT:** 11-23-11

**STATEMENT OF (LAST, FIRST, MIDDLE):** Henderson Owen Keith

**DATE OF BIRTH:** 1-26-76   **SEX:** M

**DRIVER LIC NUMBER:** 9300154324   **STATE:** NV   **EMAIL ADDRESS:** Henderson7@mail.com

**HOME TELEPHONE:** 702-357-6522

**STREET ADDRESS (APT#):** 729 lou

**CELL PHONE:** 702-672-0419

**CITY:** Overton   **STATE:** Nevada   **ZIP CODE:** 89040

**LOCATION STATEMENT TAKEN:** St Johs + Northshore

**STATEMENT TAKEN BY:** Sauer

**DATE/TIME STARTED:** 11-23-11  2035

I was traveling north bound on North Shore RD at 7:40 pm on 11-23-11 at aprox 50 mph. I was aprox at mile marker 32 1/2 when 3 cows were crossing the road walking away from lake. There was one in south travel lane one in north travel lane and one on shoulder. The cows were dark color I hit the brakes as soon as I seen them and hit the one in the North band travel lane. The cow hit the pass. side front head light. looked for cow couldn't find it.

I HAVE READ THIS STATEMENT GIVEN BY ME OR HAVE HAD IT READ TO ME.   I FULLY UNDERSTAND IT, CERTIFY THAT IT IS TRUE, AND CORRECT TO THE BEST OF MY KNOWLEDGE AND RECOLLECTION.

**SIGNATURE OF PERSON GIVING STATEMENT:** _(signature)_   **DATE:** 11-23-11

**WITNESSED BY (SIGNATURE):** _(signature)_   **DATE/TIME ENDED:** 11-23-11  2045

Form Update: 4/24/2011

# Event Details

| | |
|---|---|
| Event ID | LM2011110798 |
| Case # | LAME1102519 |
| Source | 10-DIGIT |
| Create Date/Time | 2011-11-23 19:34:30 |
| Close Date/Time | |
| Status | HLD4UNT |
| Deposition | |
| Type | MVA |
| Sub Type | PDO |
| Location | NORTHSHORE RD  [@NORTHSHORE RD MILEPOST 41 |
| Name | owen henderson |
| Address | |
| Phone | (702) 672-0419 |

# Event Comments

| Date/Time | Operator | Console | Comments |
|---|---|---|---|
| 2011-11-23 19:34:30 | RLBRODEEN | CAD3 | Person Added: Last_Name: henderson/ First_Name: owen/ Involve_Type: COMPLAINANT/ Phone: (702) 672-0419/ Name: owen henderson |
| 2011-11-23 19:34:30 | RLBRODEEN | CAD3 | Caller Information- Name: owen henderson; Phone: (702) 672-0419;. |
| 2011-11-23 19:34:53 | RLBRODEEN | CAD3 | S.O.P. for Event Type |
| 2011-11-23 19:35:52 | RLBRODEEN | CAD3 | RP advises that he hit a cow at mile 38 on northshore. |
| 2011-11-23 19:36:16 | RLBRODEEN | CAD3 | he is not injuried but his truck is heavily damaged |
| 2011-11-23 19:36:20 | RLBRODEEN | CAD3 | 427 : DSPTCH & primary unit |
| 2011-11-23 19:36:20 | RLBRODEEN | CAD3 | 427 : ENROUTE |
| 2011-11-23 19:36:29 | RLBRODEEN | CAD3 | 422 advised and dispatched 427 |
| 2011-11-23 19:37:06 | RLBRODEEN | CAD3 | called rp back to see if cow was dead and he is in the process of getting back there to see |
| 2011-11-23 19:37:13 | RLBRODEEN | CAD3 | will call back with information |

| 2011-11-23 19:37:32 | RLBRODEEN | CAD3 | his vehilce is located at Northshore and St Thomas turn off |
|---|---|---|---|
| 2011-11-23 19:55:41 | RLBRODEEN | CAD3 | 422 : DSPTCH |
| 2011-11-23 19:55:41 | RLBRODEEN | CAD3 | 422 : ENROUTE |
| 2011-11-23 19:55:57 | RLBRODEEN | CAD3 | Event Sub Type changed from to PDO |
| 2011-11-23 19:55:57 | RLBRODEEN | CAD3 | Event Type changed from ANIMAL COMPLAINT to MVA |
| 2011-11-23 20:07:24 | RLBRODEEN | CAD3 | 427 has switched to Wilson |
| 2011-11-23 20:10:50 | RLBRODEEN | CAD3 | 422 and 427 now on virgin |
| 2011-11-23 20:26:36 | RLBRODEEN | CAD3 | 427 : ATSCNE |
| 2011-11-23 20:26:49 | RLBRODEEN | CAD3 | 427 out with the RP |
| 2011-11-23 20:29:18 | RLBRODEEN | CAD3 | confirmed that the driver was not injuried |
| 2011-11-23 20:30:45 | RLBRODEEN | CAD3 | RP advises that there were 3 cows in the road and he hit the last one |
| 2011-11-23 20:34:30 | RLBRODEEN | CAD3 | Query # 108641:CAD3 QV7:LM2011110798/52485/2000/NV /usl691/1/LM2011110798/010000000 00000000/ |
| 2011-11-23 20:34:30 | GMS | GMS | Query # 108641 Response. |
| 2011-11-23 20:34:31 | RLBRODEEN | CAD3 | Vehicle Added: Vin: 1GCEC14W8YE212600 / Year: 2000/ Make: CHEV/ State: NV/ Tag: usl691 |
| 2011-11-23 20:36:49 | RLBRODEEN | CAD3 | Query # 108642:CAD3 QP:henderson/owen/henderson/01261 976/M/NV/0001000000000000/ |
| 2011-11-23 20:36:49 | GMS | GMS | Query # 108642 Response. |
| 2011-11-23 20:36:52 | RLBRODEEN | CAD3 | Person Updated: henderson, owen; DOB: changed from to 01261976/ Sex: changed from to M/ SSN: changed from to 530214921/ Driver_License: changed from to 4300154324/ Involve_Type: changed from COMPLAINANT to DRIVER/ Zipcode: changed from to 89040/ State: changed from to NV/ MUN: changed from to overton/ Name: changed from owen henderson to henderson, owen |
| 2011-11-23 20:38:02 | RLBRODEEN | CAD3 | 422 going to walk the area at mile 38 |
| 2011-11-23 20:38:18 | RLBRODEEN | CAD3 | 422 : ATSCNE |
| 2011-11-23 20:44:31 | RLBRODEEN | CAD3 | 427 assigned case number : LAME1102519 |
| 2011-11-23 20:50:49 | RLBRODEEN | CAD3 | 422 back in vehicle er to 427 |
| 2011-11-23 20:53:23 | RLBRODEEN | CAD3 | RP is going to attempt to drive his vehicle home |

| 2011-11-23 20:56:01 | RLBRODEEN | CAD3 | 422 on scene with 427 |
|---|---|---|---|
| 2011-11-23 21:01:00 | RLBRODEEN | CAD3 | units will be following the RP and father back down to where the accident happened to see if they can locate the cow. |
| 2011-11-23 21:01:11 | RLBRODEEN | CAD3 | 422 : ENROUTE |
| 2011-11-23 21:01:13 | RLBRODEEN | CAD3 | 427 : ENROUTE |
| 2011-11-23 21:20:55 | RLBRODEEN | CAD3 | 422 : ATSCNE |
| 2011-11-23 21:20:57 | RLBRODEEN | CAD3 | 427 : ATSCNE |
| 2011-11-23 21:41:12 | RLBRODEEN | CAD3 | located the cow at mile 41.5 and Dispatch occurred |
| 2011-11-23 21:41:40 | RLBRODEEN | CAD3 | Successful multiple range match was returned and cancelled for address NORTHSHORE MILE 38 |
| 2011-11-23 21:41:44 | RLBRODEEN | CAD3 | Person Added: Last_Name: henderson/ First_Name: owen/ Phone: (702) 672-0419/ Name: owen henderson |
| 2011-11-23 21:41:44 | RLBRODEEN | CAD3 | Event Location changed from NORTHSHORE MILE 38 to NORTHSHORE RD |
| 2011-11-23 21:50:13 | RLBRODEEN | CAD3 | checking to see if the cow is marked with the Bundy marking |
| 2011-11-23 22:24:08 | RLBRODEEN | CAD3 | 427 : AVAIL |
| 2011-11-23 22:25:17 | RLBRODEEN | CAD3 | No Prior Knowledge Records Found For NORTHSHORE RD |
| 2011-11-23 22:25:17 | RLBRODEEN | CAD3 | Successful range match of NORTHSHORE RD was returned for NORTHSHORE MILE 41.5 |
| 2011-11-23 22:25:17 | RLBRODEEN | CAD3 | 266 Recent Events found For NORTHSHORE RD |
| 2011-11-23 22:25:17 | RLBRODEEN | CAD3 | Successful single point match of Northshore Rd [@Northshore Rd Milepost 41 was returned for NORTHSHORE RD MILE 41.8 |
| 2011-11-23 22:25:19 | RLBRODEEN | CAD3 | No Prior Knowledge Records Found For NORTHSHORE RD [@NORTHSHORE RD MILEPOST 41 |
| 2011-11-23 22:25:19 | RLBRODEEN | CAD3 | 267 Recent Events found For NORTHSHORE RD [@NORTHSHORE RD MILEPOST 41 |
| 2011-11-23 22:25:22 | RLBRODEEN | CAD3 | Event Location changed from NORTHSHORE RD to NORTHSHORE RD [@NORTHSHORE RD MILEPOST 41 |

| 2011-11-23 22:25:36 | RLBRODEEN | CAD3 | units are clear and 427 requesting call remain in the pending so that more information can be added |
| 2011-11-23 22:25:42 | RLBRODEEN | CAD3 | Event returned to pending status by Preempt. |
| 2011-11-23 22:25:42 | RLBRODEEN | CAD3 | 422 : Available by Preempt. |
| 2011-11-23 22:25:43 | RLBRODEEN | CAD3 | Held for unit: 422 |
| 2011-11-23 23:49:10 | DNEHRBASS | CAD3 | 41.8 the steer is located 75 miles off roadway on the lake side of the road in a narrow drainage - marked with plastic bag and orange flagging |
| 2011-11-23 23:49:37 | DNEHRBASS | CAD3 | notify echo rangers when they come on and have them lget daytime photos of the steer and scene area |
| 2011-11-23 23:49:57 | DNEHRBASS | CAD3 | no visable brands of on it - laying on left side |

# Unit Comments

| Date/Time | Unit | Employee ID | Last Name | Status | Location | Comments | | | |
|-----------|------|-------------|-----------|--------|----------|----------|---|---|---|
| 2011-11-23 21:20:55 | 422 | | | ATSCNE | NORTHSHORE MILE 38 | | LE | NPSLAME | 591285 |
| 2011-11-23 21:01:11 | 422 | | | ENROUTE | NORTHSHORE MILE 38 | | LE | NPSLAME | 591285 |
| 2011-11-23 20:38:18 | 422 | | | ATSCNE | NORTHSHORE MILE 38 | | LE | NPSLAME | 591285 |
| 2011-11-23 19:55:57 | 422 | | | ENROUTE | NORTHSHORE MILE 38 | Event type changed to MVA | LE | NPSLAME | 591285 |
| 2011-11-23 19:55:41 | 422 | | | ENROUTE | NORTHSHORE MILE 38 | | LE | NPSLAME | 591285 |
| 2011-11-23 19:55:41 | 422 | | | DSPTCH | NORTHSHORE MILE 38 | | LE | NPSLAME | 591285 |
| 2011-11-23 22:24:08 | 427 | | | AVAIL | | | LE | NPSLAME | 18614 |
| 2011-11-23 21:20:57 | 427 | | | ATSCNE | NORTHSHORE MILE 38 | | LE | NPSLAME | 18614 |
| 2011-11-23 | 427 | | | ENROUTE | NORTHSHORE MILE 38 | | LE | NPSLAME | 18614 |

| 21:01:13 | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2011-11-23 20:44:31 | 427 | | | | ATSCNE | NORTHSHORE MILE 38 | 427 assigned case number : LAME1102519 | | LE | NPSLAME | 18614 |
| 2011-11-23 20:26:36 | 427 | | | | ATSCNE | NORTHSHORE MILE 38 | | | LE | NPSLAME | 18614 |
| 2011-11-23 19:55:57 | 427 | | | | ENROUTE | NORTHSHORE MILE 38 | Event type changed to MVA | | LE | NPSLAME | 18614 |
| 2011-11-23 19:36:20 | 427 | | | | DSPTCH | NORTHSHORE MILE 38 | | | LE | NPSLAME | 18614 |
| 2011-11-23 19:36:20 | 427 | | | | ENROUTE | NORTHSHORE MILE 38 | | | LE | NPSLAME | 18614 |

 Back

```
ORIG: LMNP2282   LMNP0034                    CJIS:DSPT        11/23/2011-20:35:05
  OID: 0034
RESP: DMVI      ( NV0020372BE1 )             DMVI:NVAQ        11/23/2011-20:35:06
FOLLOWING IS THE NEVADA DMV RESPONSE FOR YOUR QUERY ON:
Name: HENDERSON, OWEN   Sex:M   DOB :01261976
                        *** DRIVER INFORMATION ***
NAME: HENDERSON, OWEN KEITH
     RECORD STATUS: CURRENT
  SOC: 530214921  DOB: 01261976
  SEX: M  HGT: 511  WGT: 280  HAI: BRO  EYE: BRO
  MAILING ADDRESS: PO BOX 1163
    CITY/STATE/ZIP: OVERTON, NV 890401163
  PHYSICAL ADDRESS: 729 LOU ST
    CITY/STATE/ZIP: OVERTON, NV 89040

                   *** DRIVER LICENSE INFORMATION ***
OLN: 4300154324           DUPLICATE: D
RECORD STATUS: CURRENT    LAST TRANSACTION: 07272011
  MEDICAL EXAMINATION: 07262013
  MEDICAL EXAM DATE  : 07262013
COMMERCIAL LICENSE
     CLASS: A   TYPE: NORMAL    STATUS: VALID
     EXPIRES: 01262014
     ENDORSEMENTS: Double/Triple trailers
  RESTRICTIONS: Phys exam every 2 yrs

                   *** SUPPLEMENTAL INFORMATION ***
ADB:           ASN:          OLN: 3660429843   OLS: NV

                   *** VEHICLE INFORMATION ***
LICENSE PLATE: 843HLW        TYPE: STANDARD           YEAR: 2003
  VEHICLE MAKE: FORD         STYLE: VEH-SEDAN 4 DR     YEAR: 1997

LICENSE PLATE: 004JHB        TYPE: STANDARD           YEAR: 2003
  VEHICLE MAKE: FORD         STYLE: VEH-UTILITY        YEAR: 1984

LICENSE PLATE: 843HLW        TYPE: STANDARD           YEAR: 2005
  VEHICLE MAKE: FORD         STYLE: TRU-EXTENDED SP    YEAR: 2002

LICENSE PLATE: FRGGE         TYPE: PERSONALIZED       YEAR: 2007
  VEHICLE MAKE: PONTIAC      STYLE: VEH-SPORTS VAN     YEAR: 2002

LICENSE PLATE: 751SZF        TYPE: STANDARD           YEAR: 2007
  VEHICLE MAKE: FORD         STYLE: TRU-PICKUP         YEAR: 1968

LICENSE PLATE: FRGGE         TYPE: PERSONALIZED       YEAR: 2012
  VEHICLE MAKE: DODGE        STYLE: VEH-SPORTS VAN     YEAR: 2006

LICENSE PLATE: USL691        TYPE: SPECIAL COUNTER    YEAR: 2012
  VEHICLE MAKE: CHEVROLET    STYLE: TRU-PICKUP         YEAR: 2000

                   *** INSURANCE INFORMATION ***
VEHICLE INSURANCE
VIN:
  NO ACTIVE INSURANCE ON FILE    POLICY NUMBER:
EFFECTIVE DATE:          EXP DATE:          ISS DATE:
  COVERAGE TYPE:

VEHICLE INSURANCE
VIN:
  NO ACTIVE INSURANCE ON FILE    POLICY NUMBER:
EFFECTIVE DATE:          EXP DATE:          ISS DATE:
  COVERAGE TYPE:

VEHICLE INSURANCE
VIN:
```

DISSEMINATION IS RESTRICTED TO
CRIMINAL JUSTICE AGENCIES ONLY

427-Sauer
CASE# 112579

```
 NO ACTIVE INSURANCE ON FILE     POLICY NUMBER:
EFFECTIVE DATE:            EXP DATE:            ISS DATE:
 COVERAGE TYPE:

VEHICLE INSURANCE
VIN:
 NO ACTIVE INSURANCE ON FILE     POLICY NUMBER:
EFFECTIVE DATE:            EXP DATE:            ISS DATE:
 COVERAGE TYPE:

VEHICLE INSURANCE
VIN:
 NO ACTIVE INSURANCE ON FILE     POLICY NUMBER:
EFFECTIVE DATE:            EXP DATE:            ISS DATE:
 COVERAGE TYPE:

VEHICLE INSURANCE
VIN: 1D4GP24RX6B520866
STATE FARM MUTUAL AUTOMOBILE I   POLICY NUMBER: 28202097
EFFECTIVE DATE: 05062006   EXP DATE: 06292012  ISS DATE:
 COVERAGE TYPE: VEHICLE SPECIFIC INS

VEHICLE INSURANCE
VIN: 1GCEC14W8YE212600
STATE FARM MUTUAL AUTOMOBILE I   POLICY NUMBER: 28205472
EFFECTIVE DATE: 02102009   EXP DATE: 02102012  ISS DATE:
 COVERAGE TYPE: VEHICLE SPECIFIC INS

                    *** DRIVER HISTORY SUMMARY ***
TOTAL ACTIVE POINTS: 000
TOTAL COUNT OF:
  CONVICTIONS: 002   WITHDRAWLS: 000   SCHOOLS: 002   ACCIDENTS: 001

                    *** DETAILED CONVICTION INFORMATION ***
DATE: 10221993  CITATION: R00593948A         COURT: MOAPA VALLEY JUSTICE COUR
   COMMERCIAL VEHICLE: N   HAZARDOUS MATERIALS: N
     CONVICTED: 11241993   STATE: NV
     VIOLATION: 100 01-10 > SPEED LIMIT (
  OFFENSE TYPE: 01-10 > SPEED LIMIT (DETAIL OPTIONAL)

DATE: 07291993  CITATION: 1754801A           COURT: LAS VEGAS JUSTICE COURT
   COMMERCIAL VEHICLE: N   HAZARDOUS MATERIALS: N
     CONVICTED: 09031993   STATE: NV
     VIOLATION: 419 FTY ROW AT STOP SIGN
  OFFENSE TYPE: FTY ROW AT STOP SIGN

                    *** DETAILED SCHOOL INFORMATION ***
                         DMV
                        LETTER   COMPLETION   FOR
SCHOOL TYPE              DATE       DATE     CREDIT
------------------------ --------  ----------  ------
TRAFFIC SAFETY SCHOOL               06302000     P
TRAFFIC SAFETY SCHOOL   10191993                 N

                    *** DETAILED ACCIDENT INFORMATION ***
ACCIDENT                    CASE          COMM VEH  HAZMAT              AT
  DATE    REPORT TYPE       NUMBER  STATE ACCIDENT  ACCIDENT  INSURED  FAULT
--------  ---------------- -------- ----- --------  --------  -------  -----
06072006  POLICE REPORT              NV      Y         N         Y       N

ORIGINAL DOCUMENT ON FILE AT
NEVADA DEPARTMENT OF MOTOR VEHICLES PER NRS 52.205(3)
```

DISSEMINATION RESTRICTED TO
CRIMINAL JUSTICE AGENCIES ONLY

CRIMINAL JUSTICE AGENCIES ONLY

```
ORIG: LMNP2582      LMNP0034
OID: 0034
RESP: DMV1          ( NV00203?72B89 )    DMV1:SRQ      11/23/2011-20:33:39
                    CJIS:DSPT                          11/23/2011-20:33:38

FOLLOWING IS THE NEVADA DMV RESPONSE FOR YOUR QUERY ON:
LIC: USL691

*** VEHICLE INFORMATION ***
LIC: USL691                                   LIY: 2012
LIT: SPECIAL COUNTER          STYLE: UNITED WE STAND
REG STATUS: ACTIVE            EFF DATE: 02052011
PLATE STATUS: IN USE          EXP DATE: 02102012
VIN: 1GCEC14W8YZ212600   VYR: 2000   VMA: CHEVROLET
STYLE: TRU-PICKUP        BODY TYPE: TRU-PICKUP        #AXLES/SEATS: 2
FUEL: GASOLINE   WGT: 5999   CYLINDER: 06   LAST TRANS DATE: 09182005

*** CURRENT REGISTERED OWNER(S) ***
NAME: HENDERSON, CARRIE JEAN
OWNER TYPE: REGISTERED   SOC: 53004241?   DOB: 08251975   EFF DATE:
ADDRESS: PO BOX 1163     COUNTY: CLARK
CITY/STATE/ZIP: OVERTON, NV 890401163

NAME: HENDERSON, OWEN KEITH
OWNER TYPE: REGISTERED   SOC: 530214921   DOB: 01261976   EFF DATE:
ADDRESS: PO BOX 1163     COUNTY: CLARK
CITY/STATE/ZIP: OVERTON, NV 890401163

*** INSURANCE INFORMATION ***
COMPANY: STATE FARM MUTUAL AUTOMOBILE I   POLICY NUMBER: 2820547240
EFF DATE: 02102009   EXP DATE: 02102012   TYPE: VEHICLE SPECIFIC
INS VERIF ACTION:      SR22 ISSUE DATE:

*** TITLE INFORMATION ***
TITLE NUMBER: NV00311390@
NAME: HENDERSON, CARRIE JEAN           MAIL TO:
TITLE TYPE: REGISTERED   SOC: 53004241?   DOB: 08251975
ADDRESS: PO BOX 1163                   EFF DATE:
CITY/STATE/ZIP: OVERTON, NV 890401163

NAME: HENDERSON, OWEN KEITH            MAIL TO:
TITLE TYPE: REGISTERED   SOC: 530214921   DOB: 01261976
ADDRESS: PO BOX 1163                   EFF DATE:
CITY/STATE/ZIP: OVERTON, NV 890401163

*** PREVIOUS REGISTERED OWNER 1 ***
LIC: 034KLH   LIY: 2010
STYLE: SUNSET                 LIT: STANDARD
REG STATUS: SURRENDERED       EFF DATE: 02102009
PLATE STATUS: RELEASED        EXP DATE: 01242010

NAME: GENEVA PIPE OF NEVADA,
OWNER TYPE: REGISTERED   SOC:    DOB:    EFF DATE:
ADDRESS: PO BOX 488      COUNTY: CLARK
CITY/STATE/ZIP: MOAPA, NV 890250488

ORIGINAL DOCUMENT ON FILE AT
NEVADA DEPARTMENT OF MOTOR VEHICLES PER NRS 52.205(3)
```

# Event Details

| | |
|---|---|
| Event ID | LM2011110827 |
| Case # | |
| Source | RADIO |
| Create Date/Time | 2011-11-24 15:31:42 |
| Close Date/Time | 2011-11-24 15:37:59 |
| Status | CLOSED |
| Deposition | CALL COMPLETED |
| Type | MVA |
| Sub Type | |
| Location | 41.8 N SHORE |
| Name | 431 |
| Address | 41.8 N SHORE |
| Phone | |

# Event Comments

| Date/Time | Operator | Console | Comments |
|---|---|---|---|
| 2011-11-24 15:31:42 | CVotipka | CAD7 | No match was found for 41.8 N SHORE |
| 2011-11-24 15:31:43 | CVotipka | CAD7 | 431 : Field Event |
| 2011-11-24 15:31:43 | CVotipka | CAD7 | 431 : DSPTCH & primary unit |
| 2011-11-24 15:31:43 | CVotipka | CAD7 | 431 : ENROUTE |
| 2011-11-24 15:31:43 | CVotipka | CAD7 | 431 : ATSCNE |
| 2011-11-24 15:31:43 | CVOTIPKA | CAD7 | cow dispatched last night. out on portable |
| 2011-11-24 15:32:34 | CVotipka | CAD7 | taking pictures |
| 2011-11-24 15:34:37 | CVotipka | CAD7 | Notify NPS LAKE MEAD NATIONAL RECREATION AREA (LM2011110827) linked to Event NPS LAKE MEAD NATIONAL RECREATION AREA (LM2011110798) |
| 2011-11-24 15:34:37 | CVotipka | CAD7 | Notify NPS LAKE MEAD NATIONAL RECREATION AREA (LM2011110798) linked to Event NPS LAKE MEAD NATIONAL RECREATION AREA |

|  |  |  | (LM2011110827) |
|---|---|---|---|
| 2011-11-24 15:37:00 | CVotipka | CAD7 | clear |
| 2011-11-24 15:37:59 | CVOTIPKA | CAD7 | Event Type changed from ANIMAL COMPLAINT to MVA. |
| 2011-11-24 15:37:59 | CVOTIPKA | CAD7 | Disposition value: CALL COMPLETED set for LM2011110827 |
| 2011-11-24 15:37:59 | CVotipka | CAD7 | 431 : AVAIL |
| 2011-11-24 15:37:59 | CVotipka | CAD7 | Event Closed. |

## Unit Comments

| Date/Time | Unit | Employee ID | Last Name | Status | Location | Comments |  |  |  |  |
|---|---|---|---|---|---|---|---|---|---|---|
| 2011-11-24 15:37:59 | 431 |  |  | AVAIL |  |  |  | LE | NPSLAME | 25607 | MVA |
| 2011-11-24 15:31:43 | 431 |  |  | DSPTCH | 41.8 N SHORE |  |  | LE | NPSLAME | 25607 | ANIMAL COMPLAINT |
| 2011-11-24 15:31:43 | 431 |  |  | ENROUTE | 41.8 N SHORE |  |  | LE | NPSLAME | 25607 | ANIMAL COMPLAINT |
| 2011-11-24 15:31:43 | 431 |  |  | ATSCNE | 41.8 N SHORE |  |  | LE | NPSLAME | 25607 | ANIMAL COMPLAINT |
| 2011-11-24 15:31:43 | 431 |  |  | ATSCNE | 41.8 N SHORE | cow dispatched last night. out on portable |  | LE | NPSLAME | 25607 | ANIMAL COMPLAINT |

 Back

ATTACHMENT D TO DECLARATION BY MARY HINSON

United States v. Bundy, No. 2:12-cv-804-LDG-GWF




# United States Department of the Interior
## National Park Service
## Investigative Services Branch

## Investigative Activity Report

| Case Title:  Livestock Use and Agriculture | ISB Case Number: ISB-PW-11-0350 Park Case Number: LAKE 11-2229 | |
|---|---|---|
| Location: Overton Arm, Lake Mead National Recreation Area | Case Status: Open | Report Date: 09/21/2011 | Report Number: |

**Report Subject:** Livestock Observations

1   **SUMMARY:** Since 1998 Cliven D. Bundy, dba V/O Construction and Ranches, has had cattle in trespass on
2   public lands. Cliven D. Bundy had been permitted to graze his cattle on the Bunkerville Allotment, near
3   Bunkerville, NV.  The majority of the Bunkerville Allotment is on public land managed by the Bureau of Land
4   Management (BLM). There is part of that allotment that is within the boundary of Lake Mead National Recreation
5   Area (LMNRA). The BLM manages the entire allotment.  That allotment has been closed to grazing, and an
6   injunction has been filed against Cliven D. Bundy requiring him to remove the cattle.  Cliven D. Bundy has never
7   removed his cattle. Over the years cattle have migrated into other areas within LMNRA that are outside of the
8   allotment. The BLM is engaged in counting and identifying ownership of cattle that are trespassing on public lands.
9   The National Park Service is opening its own investigation of trespass cattle within the boundaries of LMNRA.

11   **NARRATIVE:** On 01/07/2012 at approximately 0850hrs I observed livestock, cattle, at Northshore MP 42 N36'
12   23.857 W 114' 25. 421. The location where the livestock were observed is within the boundaries of Lake Mead
13   National Recreation Area, a unit of the National Park Service located within the State and District of Nevada. I
14   observed 3 cattle at this location. The 3 cattle did not have any tags or brands indicted the owner of the livestock
15   was V/O Construction and Ranches.

17   **ATTACHMENTS:** 2 photos

| Reporting Official/Title Stephen Neel LE Park Ranger | Signature | Date 01/07/2012 |
|---|---|---|
| Approving Official/Title M. Hyer | Signature | Date 11/30/12 |
| Distribution:  __Original__ – Case File    Other:    Other: | | |

*This report is the property of the National Park Service and is loaned to your agency.  It and its contents may not be reproduced without written permission.*
*This report is FOR OFFICIAL USE ONLY.  Public availability is to be determined under Title 5, USC section 552.*

ISB Case Number:
Park Case Number:  LAKE 11-2229



On 01/07/2012 at approximately 0850hrs at Northshore MP42



On 01/07/2012 at approximately 0850hrs at Northshore MP42

**FOR OFFICIAL USE ONLY**

2 of 2

*Reporting Agent* _____

Ex. 10 - Hinson Dec. Att. D - Page 2 of 17




**United States Department of the Interior**
**National Park Service**
**Investigative Services Branch**

**Investigative Activity Report**

| Case Title: **Livestock Use and Agriculture** | ISB Case Number: ISB-PW-11-0350<br>Park Case Number: LAKE 11-2229 | | |
|---|---|---|---|
| **Location:** Overton Arm, Lake Mead National Recreation Area | **Case Status:**<br>Open | **Report Date:**<br>09/21/2011 | **Report Number:** |
| **Report Subject:** Livestock Observations | | | |

**SUMMARY:** Since 1998 Cliven D. Bundy, dba V/O Construction and Ranches, has had cattle in trespass on public lands. Cliven D. Bundy had been permitted to graze his cattle on the Bunkerville Allotment, near Bunkerville, NV. The majority of the Bunkerville Allotment is on public land managed by the Bureau of Land Management (BLM). There is part of that allotment that is within the boundary of Lake Mead National Recreation Area (LMNRA). The BLM manages the entire allotment. That allotment has been closed to grazing, and an injunction has been filed against Cliven D. Bundy requiring him to remove the cattle. Cliven D. Bundy has never removed his cattle. Over the years cattle have migrated into other areas within LMNRA that are outside of the allotment. The BLM is engaged in counting and identifying ownership of cattle that are trespassing on public lands. The National Park Service is opening its own investigation of trespass cattle within the boundaries of LMNRA.

**NARRATIVE:** On 01/10/2012 at approximately 1430hrs I observed livestock, cattle, Overton Beach Access Rd. near MP 3 N36'26.502 W114'22.117. The location where the livestock were observed is within the boundaries of Lake Mead National Recreation Area, a unit of the National Park Service located within the State and District of Nevada. I observed 4 cattle at this location. None of the cattle had ear tags or brands that indicted the owner of the livestock was V/O Construction and Ranches.

**ATTACHMENTS:** 1 Photo

| Reporting Official/Title<br>Stephen Neel LE Park Ranger | Signature | Date<br>01/11/2012 |
|---|---|---|
| Approving Official/Title<br>N. Hyatt SUPV. PARK RANGER | Signature | Date<br>11/30/12 |

Distribution:    Original – Case File    Other:    Other:

*This report is the property of the National Park Service and is loaned to your agency. It and its contents may not be reproduced without written permission.*
*This report is FOR OFFICIAL USE ONLY. Public availability is to be determined under Title 5, USC section 552.*

ISB Case Number:
Park Case Number:  LAKE 11-2229

1



4 Cattle located on 01/10/2012 at approximately 1430hrs at Overton Beach Access Rd.
N36'26.502 W114'22.117

FOR OFFICIAL USE ONLY

2 of 2

*Reporting Agent* _____.

Ex. 10 - Hinson Dec. Att. D - Page 4 of 17




## United States Department of the Interior
## National Park Service
### Investigative Services Branch

### Investigative Activity Report

| Case Title: Livestock Use and Agriculture | ISB Case Number: ISB-PW-11-0350 Park Case Number: LAKE 11-2229 | | |
|---|---|---|---|
| Location: Overton Arm, Lake Mead National Recreation Area | Case Status: Open | Report Date: 09/21/2011 | Report Number: |

Report Subject: Livestock Observations

**SUMMARY:** Since 1998 Cliven D. Bundy, dba V/O Construction and Ranches, has had cattle in trespass on public lands. Cliven D. Bundy had been permitted to graze his cattle on the Bunkerville Allotment, near Bunkerville, NV. The majority of the Bunkerville Allotment is on public land managed by the Bureau of Land Management (BLM). There is part of that allotment that is within the boundary of Lake Mead National Recreation Area (LMNRA). The BLM manages the entire allotment. That allotment has been closed to grazing, and an injunction has been filed against Cliven D. Bundy requiring him to remove the cattle. Cliven D. Bundy has never removed his cattle. Over the years cattle have migrated into other areas within LMNRA that are outside of the allotment. The BLM is engaged in counting and identifying ownership of cattle that are trespassing on public lands. The National Park Service is opening its own investigation of trespass cattle within the boundaries of LMNRA.

**NARRATIVE:** On 01/10/2012 at approximately 1445hrs I observed livestock, cattle, at Overton Beach north of the launch ramp N36'26.790 W114'21.602. The location where the livestock were observed is within the boundaries of Lake Mead National Recreation Area, a unit of the National Park Service located within the State and District of Nevada. I observed 8 cattle at this location. One of the cattle had an ear tag (clipped ear) or brand that indicted the owner of the livestock was V/O Construction and Ranches. Seven of the cattle had no tags or brand.

**ATTACHMENTS:** 4 Photos

Cattle located on 01/10/2012 at approximately 1445hrs at Overton Beach N36'26.790 W114'21.602

| Reporting Official/Title Stephen Neel LE Park Ranger | Signature | Date 01/11/2012 |
|---|---|---|
| Approving Official/Title M. Hyatt Supervisory Park | Signature | Date 11/80/12 |

Distribution:     Original – Case File      Other:            Other:

This report is the property of the National Park Service and is loaned to your agency. It and its contents may not be reproduced without written permission. This report is FOR OFFICIAL USE ONLY. Public availability is to be determined under Title 5, USC section 552

ISB Case Number:
Park Case Number:  LAKE 11-2229

1
2
3

4
5
6
7



Cattle located on 01/10/2012 at approximately 1445hrs at Overton Beach N36'26.790 W114'21.602

8
9
10
11
12
13
14
15
16
17
18

Cattle located on 01/10/2012 at approximately 1445hrs at Overton Beach N36'26.790 W114'21.602

FOR OFFICIAL USE ONLY

*Reporting Agent* _____

Ex. 10 - Hinson Dec. Att. D - Page 6 of 17

**ISB Case Number:**
**Park Case Number: LAKE 11-2229**

1
2
3



4
5
6
7

Cattle located on 01/10/2012 at approximately 1445hrs at Overton Beach N36'26.790 W114'21.602



8
9

Cattle located on 01/10/2012 at approximately 1445hrs at Overton Beach N36'26.790 W114'21.602

**FOR OFFICIAL USE ONLY**

*Reporting Agent* _____

Ex. 10 - Hinson Dec. Att. D - Page 7 of 17




# United States Department of the Interior
## National Park Service
### Investigative Services Branch

### Investigative Activity Report

| | |
|---|---|
| **Case Title: Livestock Use and Agriculture** | **ISB Case Number: ISB-PW-11-0350** <br> **Park Case Number: LAKE 11-2229** |

| **Location:** Overton Arm, Lake Mead National Recreation Area | **Case Status:** Open | **Report Date:** 09/21/2011 | **Report Number:** |
|---|---|---|---|

**Report Subject:** Livestock Observations

**SUMMARY:** Since 1998 Cliven D. Bundy, dba V/O Construction and Ranches, has had cattle in trespass on public lands. Cliven D. Bundy had been permitted to graze his cattle on the Bunkerville Allotment, near Bunkerville, NV. The majority of the Bunkerville Allotment is on public land managed by the Bureau of Land Management (BLM). There is part of that allotment that is within the boundary of Lake Mead National Recreation Area (LMNRA). The BLM manages the entire allotment. That allotment has been closed to grazing, and an injunction has been filed against Cliven D. Bundy requiring him to remove the cattle. Cliven D. Bundy has never removed his cattle. Over the years cattle have migrated into other areas within LMNRA that are outside of the allotment. The BLM is engaged in counting and identifying ownership of cattle that are trespassing on public lands. The National Park Service is opening its own investigation of trespass cattle within the boundaries of LMNRA.

**NARRATIVE:** On 01/10/2012 at approximately 1550hrs I observed livestock, cattle, at Northshore near MP 47 N36'27.026 W114'25.980. The location where the livestock were observed is within the boundaries of Lake Mead National Recreation Area, a unit of the National Park Service located within the State and District of Nevada. I observed 9 cattle at this location. None of the cattle had an ear tag or brand that indicted the owner of the livestock was V/O Construction and Ranches. 9 of the cattle had no tags or brand.

**ATTACHMENTS:** 2 Photos

| **Reporting Official/Title** <br> Stephen Neel LE Park Ranger | **Signature** | **Date** <br> 01/11/2012 |
|---|---|---|
| **Approving Official/Title** <br> SUPV. <br> M. HART PARK RANGER | **Signature** | **Date** <br> 11/30/12 |

Distribution:    Original – Case File    Other:    Other:

*This report is the property of the National Park Service and is loaned to your agency. It and its contents may not be reproduced without written permission.* <br> This report is **FOR OFFICIAL USE ONLY**. Public availability is to be determined under Title 5, USC section 552.

ISB Case Number:
**Park Case Number:  LAKE 11-2229**



1
2
3    Cattle located on 01/10/2012 at approximately 1550hrs at Northshore MP 47 N36'27.026 W114'25.980
4
5



6
7
8    Cattle located on 01/10/2012 at approximately 1550hrs at Northshore MP 47 N36'27.026 W114'25.980
9

**FOR OFFICIAL USE ONLY**

*Reporting Agent* _____




# United States Department of the Interior
## National Park Service
### Investigative Services Branch

### Investigative Activity Report

| Case Title:  Livestock Use and Agriculture | ISB Case Number: ISB-PW-11-0350 | | |
|---|---|---|---|
| | Park Case Number: LAKE 11-2229 | | |
| Location: Overton Arm, Lake Mead National Recreation Area | Case Status: Open | Report Date: 09/21/2011 | Report Number: |
| Report Subject: Livestock Observations | | | |

**SUMMARY:** Since 1998 Cliven D. Bundy, dba V/O Construction and Ranches has had cattle in trespass on public lands. Cliven D. Bundy had been permitted to graze his cattle on the Bunkerville Allotment, near Bunkerville, NV. The majority of the Bunkerville Allotment is on public land managed by the Bureau of Land Management (BLM). There is part of that allotment that is within the boundary of Lake Mead National Recreation Area (LMNRA). The BLM manages the entire allotment.  That allotment has been closed to grazing, and an injunction has been filed against Cliven D. Bundy requiring him to remove the cattle.  Cliven D. Bundy has never removed his cattle. Over the years cattle have migrated into other areas within LMNRA that are outside of the allotment. The BLM is engaged in counting and identifying ownership of cattle that are trespassing on public lands. The National Park Service is opening its own investigation of trespass cattle within the boundaries of LMNRA.

**NARRATIVE:** On 02/18/2012 I observed livestock, cattle, at Northshore MM 45 ½ GPS 36` 28. 38,114` 25. 10. The location where the livestock were observed is within the boundaries of Lake Mead National Recreation Area, a unit of the National Park Service located within the State and District of Nevada. I observed 3 cattle at this location. 0 of the cattle had an ear tag or brand that indicted the owner of the livestock was V/O Construction and Ranches. 3 of the cattle had no tags or brand.

**ATTACHMENTS:**

| Reporting Official/Title | Signature | Date |
|---|---|---|
| Brian Wollenburg   U.S Park Ranger | Brian Wollenburg | 11/30/2012 |
| Approving Official/Title | Signature | Date |
| Na Hnat  Supv. Park Ranger | | 11/29/2012 |

Distribution:  Original – Case File   Other:_____   Other:_____

*This report is the property of the National Park Service and is loaned to your agency.  It and its contents may not be reproduced without written permission.*
*This report is FOR OFFICIAL USE ONLY.  Public availability is to be determined under Title 5, USC section 552.*

ISB Case Number:
Park Case Number:  LAKE 11-2229

1
2



FOR OFFICIAL USE ONLY

*Reporting Agent* _____

Ex. 10 - Hinson Dec. Att. D - Page 11 of 17




# United States Department of the Interior
## National Park Service
## Investigative Services Branch

### Investigative Activity Report

| Case Title: Livestock Use and Agriculture | ISB Case Number: ISB-PW-11-0350 Park Case Number: LAKE 11-2229 | | |
|---|---|---|---|
| Location: Overton Arm, Lake Mead National Recreation Area | Case Status: Open | Report Date: 09/21/2011 | Report Number: |

Report Subject: Livestock Observations

**SUMMARY:** Since 1998 Cliven D. Bundy, dba V/O Construction and Ranches, has had cattle in trespass on public lands. Cliven D. Bundy had been permitted to graze his cattle on the Bunkerville Allotment, near Bunkerville, NV.  The majority of the Bunkerville Allotment is on public land managed by the Bureau of Land Management (BLM). There is part of that allotment that is within the boundary of Lake Mead National Recreation Area (LMNRA). The BLM manages the entire allotment.  That allotment has been closed to grazing, and an injunction has been filed against Cliven D. Bundy requiring him to remove the cattle.  Cliven D. Bundy has never removed his cattle. Over the years cattle have migrated into other areas within LMNRA that are outside of the allotment. The BLM is engaged in counting and identifying ownership of cattle that are trespassing on public lands. The National Park Service is opening its own investigation of trespass cattle within the boundaries of LMNRA.

**NARRATIVE:** On 03/01/2012 I observed livestock, cattle, approximately 200 yards off of the St. Thomas Trail (N 36'26.14 by W 114' 23.03). The location where the livestock were observed is within the boundaries of Lake Mead National Recreation Area, a unit of the National Park Service located within the State and District of Nevada. I observed 4 cattle at this location. Three of the cattle had an ear tag or brand that indicted the owner of the livestock was V/O Construction and Ranches. One of the cattle had no tags or brand.

**ATTACHMENTS:**



| Reporting Official/Title Brian Wollenburg U.S Park Ranger | Signature B. Wollenburg | Date 11/30/2012 |
|---|---|---|
| Approving Official/Title M. Hnat SUPV. PARK RANGER | Signature | Date 11/30/12 |

Distribution: Original – Case File    Other:            Other:

*This report is the property of the National Park Service and is loaned to your agency.  It and its contents may not be reproduced without written permission.*
This report is **FOR OFFICIAL USE ONLY**.  Public availability is to be determined under Title 5, USC section 552.




**United States Department of the Interior**
**National Park Service**
**Investigative Services Branch**

**Investigative Activity Report**

| Case Title: Livestock Use and Agriculture | ISB Case Number: ISB-PW-11-0350 Park Case Number: LAKE 11-2229 | | |
|---|---|---|---|
| Location: Overton Arm, Lake Mead National Recreation Area | Case Status: Open | Report Date: 09/21/2011 | Report Number: |
| Report Subject: Livestock Observations | | | |

1  **SUMMARY:** Since 1998 Cliven D. Bundy, dba V/O Construction and Ranches, has had cattle in trespass on
2  public lands. Cliven D. Bundy had been permitted to graze his cattle on the Bunkerville Allotment, near
3  Bunkerville, NV. The majority of the Bunkerville Allotment is on public land managed by the Bureau of Land
4  Management (BLM). There is part of that allotment that is within the boundary of Lake Mead National Recreation
5  Area (LMNRA). The BLM manages the entire allotment. That allotment has been closed to grazing, and an
6  injunction has been filed against Cliven D. Bundy requiring him to remove the cattle. Cliven D. Bundy has never
7  removed his cattle. Over the years cattle have migrated into other areas within LMNRA that are outside of the
8  allotment. The BLM is engaged in counting and identifying ownership of cattle that are trespassing on public lands.
9  The National Park Service is opening its own investigation of trespass cattle within the boundaries of LMNRA.

11  **NARRATIVE:** On 06/29/2012 I observed livestock, cattle, at the east end of Overton Beach 1 (N 36'27.01 by W
12  114' 21.34). The location where the livestock were observed is within the boundaries of Lake Mead National
13  Recreation Area, a unit of the National Park Service located within the State and District of Nevada. I observed 2
14  cattle at this location. Two of the cattle had no tags or brands.

16  **ATTACHMENTS:**

| Reporting Official/Title Brian Wollenburg  U.S Park Ranger | Signature Brian Wollenburg | Date 11/30/2012 |
|---|---|---|
| Approving Official/Title M. Hwat  SUPV PARK RANGER | Signature | Date 11/30/2012 |

Distribution:   Original – Case File       Other:              Other:

*This report is the property of the National Park Service and is loaned to your agency. It and its contents may not be reproduced without written permission.*
*This report is FOR OFFICIAL USE ONLY. Public availability is to be determined under Title 5, USC section 552.* Exh. 4 - Hinson Dec. Att. D - Page 13 of 17

ISB Case Number:
Park Case Number: **LAKE 11-2229**



1
2



3

**FOR OFFICIAL USE ONLY**

*Reporting Agent* _____

Ex. 10 - Hinson Dec. Att. D - Page 14 of 17




**United States Department of the Interior**
**National Park Service**
**Investigative Services Branch**

**Investigative Activity Report**

| Case Title: Livestock Use and Agriculture | ISB Case Number: ISB-PW-11-0350 Park Case Number: LAKE 11-2229 | | |
|---|---|---|---|
| Location: Overton Arm, Lake Mead National Recreation Area | Case Status: Open | Report Date: 09/21/2011 | Report Number: |

**Report Subject:** Livestock Observations

**SUMMARY:** Since 1998 Cliven D. Bundy, dba V/O Construction and Ranches, has had cattle in trespass on public lands. Cliven D. Bundy had been permitted to graze his cattle on the Bunkerville Allotment, near Bunkerville, NV. The majority of the Bunkerville Allotment is on public land managed by the Bureau of Land Management (BLM). There is part of that allotment that is within the boundary of Lake Mead National Recreation Area (LMNRA). The BLM manages the entire allotment. That allotment has been closed to grazing, and an injunction has been filed against Cliven D. Bundy requiring him to remove the cattle. Cliven D. Bundy has never removed his cattle. Over the years cattle have migrated into other areas within LMNRA that are outside of the allotment. The BLM is engaged in counting and identifying ownership of cattle that are trespassing on public lands. The National Park Service is opening its own investigation of trespass cattle within the boundaries of LMNRA.

**NARRATIVE:** On 11/12/2012 I observed livestock, cattle, approximately 20 feet off of North Shore Road MM47 (N 36°27.44 by W 114' 26.16). The location where the livestock were observed is within the boundaries of Lake Mead National Recreation Area, a unit of the National Park Service located within the State and District of Nevada. I observed 8 cattle at this location. Two of the cattle had an ear tag or brand that indicted the owner of the livestock was V/O Construction and Ranches. Six of the cattle had no tags or brand.

**ATTACHMENTS:**

| Reporting Official/Title _Brian Wollenburg_ _U.S Park Ranger_ | Signature _Brian Wollenberg_ | Date _11/30/2012_ |
|---|---|---|
| Approving Official/Title _M. Hyat_ _Supv. Park Ranger_ | Signature | Date _11/30/12_ |

Distribution:   Original – Case File      Other:                Other:

*This report is the property of the National Park Service and is loaned to your agency. It and its contents may not be reproduced without written permission.*
*This report is FOR OFFICIAL USE ONLY. Public availability is to be determined under Title 5, USC section 552.*

**ISB Case Number:**
**Park Case Number:  LAKE 11-2229**



1

**FOR OFFICIAL USE ONLY**

2 of 3

*Reporting Agent* _____

ISB Case Number:
Park Case Number:  LAKE 11-2229



1

FOR OFFICIAL USE ONLY

3 of 3

*Reporting Agent* _____

ATTACHMENT E TO DECLARATION BY MARY HINSON

United States v. Bundy, No. 2:12-cv-804-LDG-GWF




# United States Department of the Interior
## National Park Service
## Investigative Services Branch

## Investigative Activity Report

| Case Title: Livestock Use and Agriculture | ISB Case Number: ISB-PW-11-0350 Park Case Number: LAKE 11-2229 | | |
|---|---|---|---|
| Location: Overton Arm, Lake Mead National Recreation Area | Case Status: Open | Report Date: 07/30/2012 | Report Number: |
| Report Subject: Overton Arm Trespass Cattle Survey and Damage Assessment | | | |

1  **SUMMARY:** Since 1998 Cliven D. Bundy, dba V/O Construction and Ranches, has had cattle in trespass on
2  public lands. Cliven D. Bundy had been permitted to graze his cattle on the Bunkerville Allotment, near
3  Bunkerville, NV.  The majority of the Bunkerville Allotment is on public land managed by the Bureau of Land
4  Management (BLM). There is part of that allotment that is within the boundary of Lake Mead National Recreation
5  Area (LMNRA). The BLM manages the entire allotment.  That allotment has been closed to grazing, and an
6  injunction has been filed against Cliven D. Bundy requiring him to remove the cattle.  Cliven D. Bundy has never
7  removed his cattle. Over the years cattle have migrated into other areas within LMNRA that are outside of the
8  allotment. The BLM is engaged in counting and identifying ownership of cattle that are trespassing on public lands.
9  The National Park Service is opening its own investigation of trespass cattle within the boundaries of LMNRA.
10
11  **NARRATIVE:** On 07/30/2012 within the jurisdiction of Lake Mead NRA, Lake Mead NRA Resource
12  Management and Rangers conducted a Cattle Survey and Damage Assessment near the Overton Arm.  At
13  approximately 0848hrs NPS Resource Management (RM) employees Newton, Culler, and Scherpenisse observed
14  livestock, cattle, at Glory Hole near N36 21'38.8" W114 21'38.5" (photo 1).  RM employees observed 6 cattle at
15  this location. None of the cattle had an ear tag or brand that indicted the owner of the livestock was V/O
16  Construction and Ranches.  Do to the weeds the RM was not able to identify if the cattle had any tags or brands.
17
18  At approximately 0826hrs NPS Resource Management (RM) employees Weckesser and Pipkin observed livestock,
19  cattle, at Overton Beach near N36 21' 38.8" W114 21'38.5" (photo 2).  RM employees observed 1 cattle at this
20  location. The cattle did not have an ear tag or brand that indicted the owner of the livestock was V/O Construction
21  and Ranches.
22
23  On 07/30/2012 Law Enforcement Ranger Lenon observed the following cattle from NPS fixed wing aircraft:
24  • 1 Cattle N36 26'79" W114 21'17"
25  • 5 Cattle N36 27'12" W114 20'82"
26  • 4 Cattle N36 27'15" W114 20'07"
27  • 14 Cattle N36 23'70" W114 20'01"
28  • 1 Cattle N36 22'26" W114 20'86"

| Reporting Official/Title Stephen Neel LE Park Ranger | Signature | Date 08/3/2012 |
|---|---|---|
| Approving Official/Title | Signature | Date |

Distribution:     Original – Case File     Other:          Other:

*This report is the property of the National Park Service and is loaned to your agency. It and its contents may not be reproduced without written permission.*
This report is **FOR OFFICIAL USE ONLY**. Public availability is to be determined under Title 5, USC section 552.

ISB Case Number:
Park Case Number:  LAKE 11-2229

1 • 7 Cattle N36 21.33' W114 21'44"
2
3 The location where the livestock were observed is within the boundaries of Lake Mead National Recreation Area, a
4 unit of the National Park Service located within the State and District of Nevada
5
6 **ATTACHMENTS:** 2 Photos and aerial view of locations where cattle were located
7
8
9
10
11
12



13
14 Cattle located on 07/30/2012 at approximately 0848hrs at Glory Hole N36'21.38.8 W114'21.38.5
15
16
17

**FOR OFFICIAL USE ONLY**

2 of 3

**ISB Case Number:**
**Park Case Number:  LAKE 11-2229**



1
2    Cattle located on 07/30/2012 at approximately 0826hrs at Overton Beach N36'21.38.8 W114'21.38.5
3
4

**FOR OFFICIAL USE ONLY**

*Reporting Agent* _____
Ex. 10 - Hinson Dec. Att. E - Page 3 of 4

# Aerial Cattle Survey
# Overton Arm Shoreline
# 7/30/2012

