UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| United States of America,<br><br>　　　　　　　Plaintiff-Appellee,<br>vs.<br><br>Cliven Bundy,<br><br>　　　　　　　Defendant-Appellant. | District No.　2:12-cv-00804-LDG-GWF<br><br>U.S.C.A. No.　13-16623 |

ORDER ON MANDATE

The above-entitled cause having been before the United States Court of Appeals for the Ninth Circuit, and the Court of Appeals having on Jan 30, 2014, issued its mandate that the appeal(s) is/are DISMISSED. The Court being fully advised in the premises, NOW, THEREFORE, IT IS ORDERED that the mandate be spread upon the records of this Court.

Dated this ___ day of February, 2014.

_____
Lloyd D. George
United States District Judge