**CERTIFIED MAIL 7011 1570 0003 4118 6384**

# Suitor's one supreme Court
### Exercising full Article III authority of the People of the United States, and the country of the said United States, Adjudicating only PRIVATE RIGHTS, Issuing New Private International Law for Suitor and the country of the said United States



FILED ___ RECEIVED
___ ENTERED ___ SERVED ON
COUNSEL/PARTIES OF RECORD

MAY 12 2014

CLERK US DISTRICT COURT
DISTRICT OF NEVADA
BY:_____DEPUTY

| | |
|---|---|
| The said United States, ex rel, Michael Joseph Kearns, one of the "People of the United States" ] ] ] ] Suitor, ] ] v. ] ] UNITED STATES OF AMERICA, and ] CLIVEN BUNDY ] Respondent(s) ] | Case No. 14-011 USDC CASE NUMBER Case No. 12-cv-804-LDG-GWF |

**PEREMPTORY WRIT OF MANDAMUS**

TO: United States District Judge, Lloyd D. George;

Your attempted alleged "DENIAL" of my EMERGENCY INTERVENTION in this Case, to protect the "people of the United States" and the land of the said United States, is contrary to and in violation of the Definitive Treaty of Peace 1783, and actually commits a trespass upon the object, tenor and meaning of the "mutually beneficial conveniences" of the said Definitive Treaty of Peace 1783, by attempting to negate the acknowledgement by the Crown of Great Britain, the United States of America, and the said United States of the "free, sovereign and independent" status of the "People of the United States", ex rel, Michael Joseph Kearns. The power of the

independent action is acknowledged in your own Federal Rules of Civil Procedure, Rule 60(d)(1) and the Advisory Committee Notes.

With the Constitutional command in Article VI, which states in relevant part:

> All Debts contracted and Engagements entered into, before the Adoption of this Constitution, shall be as valid against the United States under this Constitution, as under the Confederation.
>
> This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding.

And even if you do not think you have to obey the Definitive Treaty of Peace 1783 in its original form as a Treaty, may I remind you, the Congress passed the Definitive Treaty of Peace 1783, as a statute at large, 8 stat. 80.

The matter is under consideration by Suitor's one supreme Court and a judgment shall be forth coming in the Case.

Suitor's political character and status is well documented and supported by numerous actions involving all levels of government, both legislatively and administratively, notwithstanding the Definitive Treaty of Peace 1783. Very specifically, Suitor, Michael Joseph Kearns is not, has not and will not be classed as a "sovereign citizen" nor does Suitor, Michael Joseph Kearns, belong to any group claiming to be "sovereign citizens", or allow anyone else to so classify him, notwithstanding any government officer, agent or employee so classifying Michael Joseph Kearns as a means of disparaging the said United States or one of the "People of the United States."

Suitor Michael Joseph Kearns stands on the Definitive Treaty of Peace 1783 and the signatories thereto, as his authority to claim the political character and status of being one of the "People of the United States."

United States of America District Judge, Lloyd D. George, just in case you don't know it, you are presumptively one of the "inhabitants of the United

States" mainly because you are an officer/employee of the temporal sovereign, the United States of America, and you have never politically declared yourself to be one of the "People of the United States." In fact, if you were one of the "People of the United States" you could not hold your office of being a United States of America District Judge, for the simple reason, you could not and would not be able to swear an oath as being a "citizen" of the United States of America. Further, the "inhabitants of the United States" live on the land of the United States only at the good graces of the "People of the United States" and should the "inhabitants of the United States" be found to be a problem to the said United States, those inhabitants would incur "under the penalties of incurring the highest displeasure of the said United States" (not the United States of America).

Your political character and status is, as one of the "inhabitants of the United States"/citizen/subject/slave of the Crown of Great Britain, with the temporal sovereign, the United States of America acting in an administrative democratic (mob rule) manner over you and all the other "inhabitants of the United States" primarily for the purpose of forwarding taxes collected from each and every "inhabitant of the United States" to the coffers of the Crown of Great Britain.

You, nor the United States of America District Court, nor the temporal sovereign, the United States of America can maintain a "Right of Action" involving one of the "People of the United States." See definition following:

> "Right of Action," Ballentines Law Dictionary, page 1119
>
> "Precisely, the right of a plaintiff to sue, the essentials of which are; **1**. a good cause of action, **2**. the performance of all conditions precedent, and **3**. the existence of the right to maintain the action in the plaintiff unaffected by circumstances which will constitute in law a bar to the maintenance of the suit."

While the Government may initiate an action/cause, based upon some inferred personal jurisdiction over Suitor, once Suitor comes forth with his/her political determination as to his/her political character and status,

and his/her one supreme Court Rules, the government cannot maintain an action because the government cannot bring the action to conditions precedent and completion for all parties, specifically involving the fundamental rights of Suitor. See, 28 USC 2072(b).

The original action in the Bundy Case was brought as an intrinsic fraud (FRCP Rule 60 (b)(3), by the United States of America through a temporal claim of the territory and other property belonging to the said United States since the signing of the Definitive Treaty of Peace 1783. The Constitution of the United States at Article 4, Section 3, clause 2 authorizes on a temporal basis, the United States of America to make all needful rules and regulations respecting the territory belonging to the said United States, that is the country of the said United States.

In the Definitive Treaty of Peace 1783, the United States of America was never described as a country, not one time and not one place. The United States of America is a nation of inhabitants of the United States and who are subjects of the British Crown today and they are subject to "... incurring the highest displeasure of the said United States..."

The United States of America is fraudulently claiming that the Bureau of Land Management has control of that land, but the land belongs to the country of the said United States since 1783, and that land does not belong to the United States of America. The United States of America has fraudulently created paperwork that appears to be claiming territory and other property actually belonging to the country of the said United States which is beyond its powers, even though they were given by the Constitution at Article 4, Section 3, clause 2, those powers by the Constitution of the United States were given on a temporal basis and once the claim is made to that land, then the revisionary rights of that individual reverts the higher claim back to that country, known as the said United States. See, Article 4, Section 3, clause 2, herein quoted:

> "The Congress shall have Power to dispose of and make all needful Rules and Regulations respecting the Territory or other Property belonging to the United States; and nothing in this Constitution shall be so construed as to Prejudice any Claims of the United States, or of any particular State."

Because I have the right to final appellate review, in Suitor's one supreme Court, then the federal government cannot maintain the action to finality.

Your orders, judgments and mandates, have no rightful or lawful force and effect upon the "People of the United States", ex rel, Michael Joseph Kearns, nor against the country of the said United States.

Your orders, judgments and mandates, are strictly for the "inhabitants of the United States," specifically, officers, agents and employees of the United States of America, as they perform "essential governmental duties" for the "People of the United States."

THEREFORE, you are respectfully commanded to order the Clerk of the Court, to strike your "denial" from the Record of the Case, and to alert the Clerk to expect a JUDGMENT from Suitor's one supreme Court in the very near future.

Respectfully

*Michael Joseph Kearns*

Michael Joseph Kearns, Suitor, and as one of the "People of the United States"
c/o 9739 Hidden Falls
San Antonio,  78250
Texas   United States
210-523-7154
210-523-0963 (FAX)
m3j3k3@hotmail.com

## VERIFICATION

BEFORE ME THE UNDERSIGNED NOTARY PUBLIC, on this day, personally appeared Michael Joseph Kearns, a man known to me. After I administered an oath to him, upon his oath, he said he read the above **PEREMPTORY WRIT OF MANDAMUS** and that the facts stated therein are within his personal knowledge and are true and correct.

_Michael Joseph Kearns_
Michael Joseph Kearns

SUBSCRIBED AND SWORN TO, before me the undersigned Texas Notary Public, on the 9th day of May, 2014.

_Notary Public - Signature_

RUBI K. RODRIGUEZ
Notary Public - Printed Name
My Commission Expires on: 05-07-16

RUBI K RODRIGUEZ
Notary Public
STATE OF TEXAS
My Comm. Exp. 05-07-16

## CERTIFICATE OF SERVICE

I certify a copy of this document was sent to the below listed, United States of America Attorney(s) via email and to Cliven Bundy on the 9th day of May, 2014.

IGNACIA S. MORENO
Assistant Attorney General
THOMAS K. SNODGRASS, Senior Attorney
United States Department of Justice
Environment and Natural Resources Division
Natural Resources Section
999 18th Street, South Terrace, Suite 370
Denver, Colorado 80202
Telephone: (303) 844-1368
Facsimile: (303) 844-1350
thomas.snodgrass@usdoj.gov

DANIEL G. BOGDEN
United States Attorney
NADIA AHMED
Special Assistant United States Attorney
333 Las Vegas Blvd. South, Suite 5000
Las Vegas, Nevada 89101
Ph: (702) 388-6336, Fax: (702)388-6698
Nadia.Ahmed@usdoj.gov
ATTORNEYS FOR THE UNITED STATES

Cliven Bundy
3315 Gold Butte Road
Bunkerville, Nevada 98007
702-346-5564
rancherbundy@gmail.com

_Michael Joseph Kearns_
Michael Joseph Kearns