# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>CLIVEN BUNDY,<br><br>    Defendant. | Case No. 2:12-cv-0804-LDG-GWF<br><br><br>ORDER |

THE COURT HEREBY ORDERS that Michael Kearns' self-styled peremptory writ of mandamus (#44) is DENIED.

THE COURT FURTHER FINDS that, based on the Kearns' tone and statements, Kearns is an abusive filer, and the clerk of court is DIRECTED to return to him, without docketing, any future filings that he attempts in this case.

DATED this 15 day of May, 2014.

_____
Lloyd D. George
United States District Judge